In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A, Respondents. COMMITTEE ON PROFESSIONAL STANDARDS, Petitioner. [979 NYS2d 548]—

Per Curiam. 

---

2. We recently affirmed the order of Surrogate's Court (*Matter of Claydon,* 103 AD3d 1051 [2013]).

The moving papers indicate that despite written notices sent to them by the Office of Court Administration at their last known address, respondents have failed to register and pay the required fee.

Judiciary Law § 468-a (5) provides that noncompliance with the statute and rules regarding attorney registration "shall constitute conduct prejudicial to the administration of justice and shall be referred to the appropriate appellate division . . . for disciplinary action." This Court has previously held that failure to comply with the registration requirements is professional misconduct warranting discipline (*see e.g. Matter of Arms*, 251 AD2d 743 [1998]; *Matter of Ryan*, 238 AD2d 713 [1997]; *Matter of Farley*, 205 AD2d 874 [1994]).

In view of respondents' continued failure to comply with the attorney registration requirements of the Judiciary Law and the Rules of the Chief Administrator of the Courts, petitioner's motion is granted and the respondents listed on the schedule attached hereto are suspended, effective 30 days from the date of this order, until further order of this Court (*see Matter of Attorneys in Violation of Judiciary Law § 468-a*, 65 AD3d 1447 [2009]).

Peters, P.J., Lahtinen, Stein and McCarthy, JJ., concur. Ordered that petitioner's motion is granted; and it is further ordered that the respondents listed on the schedule attached hereto are suspended, effective 30 days from the date of this order, until further order of this Court; and it is further ordered that, for the period of suspension, respondents are commanded to desist and refrain from the practice of law in any form either as principal or as agent, clerk or employee of another, and are forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority or to give to another any opinion as to the law or its application or any advice in relation thereto; and it is further ordered that respondents shall comply with the provisions of this Court's rules regulating the conduct of suspended attorneys (*see* 22 NYCRR 806.9); and it is further ordered that this decision and order may be served upon respondents by publication thereof in the New York Law Journal once each week for four consecutive weeks, the publication to commence within 20 days of the date of this decision and order, and by posting same on

the website maintained by this Court for a period of 30 days.

| LAST NAME | FIRST NAME | MIDDLE NAME | SUF | REG ID | YR ADM | DEPT |
|---|---|---|---|---|---|---|
| Abernathy | Christopher | Lee | | 3954997 | 2001 | 3 |
| Achebe | Adeze | Matilda | | 2822799 | 1997 | 3 |
| Achtner | Edward | John | | 4167144 | 2003 | 3 |
| Acton | Dennis | M. | | 1212943 | 1975 | 3 |
| Adachi | Eiichiro | | | 2761013 | 1996 | 3 |
| Adefope | Adedotun | Oluwatosin | | 4530606 | 2007 | 3 |
| Adenauer | Peter | | | 2212173 | 1988 | 3 |
| Ades | David | J. | | 2146033 | 1984 | 3 |
| Adesina | Adebayo | Ademola | | 3059839 | 2000 | 3 |
| Adio | Alaba | Diekolola | | 3934585 | 2001 | 3 |
| Adio | Moriam Olaoluwatoyos | | | 3061322 | 2000 | 3 |
| Adio | Seni | Mansur | | 2596724 | 1994 | 3 |
| Agcaoili | Paz | M. | | 1968247 | 1985 | 3 |
| Agrawal | Swati | | | 2764942 | 1996 | 3 |
| Agriantonis | Demetra | | | 3037702 | 2000 | 3 |
| Agrillo | Michael | Thomas | | 2980555 | 1999 | 3 |
| Ahn | Dukgeun | | | 3063351 | 2000 | 3 |
| Ahn | Jeemun | | | 4104667 | 2003 | 3 |
| Ahn | Jungran | | | 4247912 | 2004 | 3 |
| Ahorlu | Stanley | Rajakwesi | | 3945508 | 2001 | 3 |
| Ahrens | Karen | Krstic | | 4444949 | 2007 | 3 |
| Ahviphan | Pakvipa | | | 4170858 | 2003 | 3 |
| Aidala | Katherine | Ann | | 4446316 | 2006 | 3 |
| Akalu | Rajendranath | Janki | | 4032272 | 2002 | 3 |
| Akinfe | Margaret | Yetunde | | 3987724 | 2001 | 3 |
| Alaka | Obafemi | | | 2947752 | 1999 | 3 |
| Albert | Norman | Wills | | 2739274 | 1996 | 3 |
| Alexander | Daniel | Sakyi | | 2182301 | 1988 | 3 |
| Alfonso | Candice | Michele | | 4263943 | 2004 | 3 |
| Alifo | Eric | Delanyo | | 4514386 | 2007 | 3 |
| Alimanova | Ainaqul | Zhalgasbaevna | | 3901394 | 2000 | 3 |
| Allemeier | Michael | J. | | 3936945 | 2001 | 3 |
| Allen | Leigh | M. | | 1805498 | 1982 | 1 |
| Allred | Natacha | Danielle | | 4266789 | 2004 | 3 |
| Almonor | Carm | Regan | | 4212403 | 2004 | 3 |
| Altes | Jack | J. | | 1971332 | 1940 | 2 |
| Amann | Joseph | Christian | | 2296713 | 1989 | 3 |
| Ambe | Kensuke | | | 3046893 | 2000 | 3 |
| Amiel | Bruno | Yaacov | | 4256756 | 2005 | 3 |
| Anderson | Kenneth | A. | | 1712124 | 1981 | 3 |
| Anderson | Kenneth | Pershawn | | 2984987 | 1999 | 3 |
| Anderton | Sal | Michael | | 3008398 | 1999 | 3 |

| LAST NAME | FIRST NAME | MIDDLE NAME | SUF | REG ID | YR ADM | DEPT |
|---|---|---|---|---|---|---|
| Andrusiv | Yulia | | | 3006095 | 2000 | 3 |
| Angell | Samuel | Hunt | | 2751808 | 1996 | 3 |
| Anker | Nicole | Jane | | 2981082 | 1999 | 3 |
| Anyadiegwu | Okay | Hyacinth | | 4096020 | 2003 | 3 |
| Arai | Toshiyuki | | | 2242717 | 1989 | 3 |
| Arias | Kevin | Philip | | 4503603 | 2007 | 3 |
| Ariely-Melamed | Ronit | | | 4178018 | 2003 | 3 |
| Armitage | Nancy | Jane | | 2915833 | 1998 | 3 |
| Armstrong | Robert | James | | 1985696 | 1951 | 3 |
| Arocena | Juan | Martin | | 2417160 | 1991 | 3 |
| Arons | Alan | L. | | 1917012 | 1984 | 3 |
| Arunachalam | Aarti | | | 4253969 | 2004 | 3 |
| Atassi | Becher | | | 2263705 | 1989 | 3 |
| Atkins | Laura | Lee | | 2721710 | 1996 | 3 |
| Aulakh | Bikramjit | Singh | | 2846780 | 1997 | 3 |
| Avitzur | Michael | | | 2842813 | 1997 | 3 |
| Aydin | Tankut | | | 3059771 | 2000 | 3 |
| Ayers | Valerie | J. | | 2869493 | 1998 | 3 |
| Ayotte | Mathieu | | | 2949477 | 1999 | 3 |
| Aziz | Seema | Akhtar | | 2885242 | 1998 | 3 |
| Babin | Yuri | Nicolaevich | | 4159810 | 2003 | 3 |
| Backstrom | Susan | E. | | 1014083 | 1979 | 1 |
| Badetz | Nathalie | | | 2833218 | 1997 | 3 |
| Badillo | Richard | William | | 4519948 | 2007 | 3 |
| Bae | Shinho | | | 4518015 | 2007 | 3 |
| Baek | Moo | Yeol | | 4522728 | 2007 | 3 |
| Bagnall | Simon | Robert | | 4539888 | 2007 | 3 |
| Bahk | Yong-Shim | | | 3991684 | 2002 | 3 |
| Bailey | Gaela | Ruth | | 4178414 | 2003 | 3 |
| Baitner | Jay | Tsachi | | 4436424 | 2006 | 3 |
| Baldwin | Kristin | Lynette | | 4527842 | 2007 | 3 |
| Balestrieri | Virginia | Brunelli | | 3989266 | 2001 | 3 |
| Balzo | Gail | Del | | 1722990 | 1981 | 3 |
| Bani-Hashem | Leda | | | 2999563 | 1999 | 3 |
| Bar-Am | Ori | | | 4319356 | 2005 | 3 |
| Barberis | Marie-Amelie | | | 4093795 | 2002 | 3 |
| Barnett | Emily | Suzanne | | 2724136 | 1996 | 3 |
| Barrack | Keith | D. | | 4129532 | 2003 | 3 |
| Barrett | Dennis | J. | | 1892066 | 1983 | 3 |
| Bartel | Marc | J. | | 2206357 | 1988 | 3 |
| Bartholomeeusen | Sylviane | | | 4434619 | 2006 | 3 |
| Bascomb | Gregory | Devon | | 4248480 | 2004 | 3 |
| Bascon | Hever | Martinez | Jr. | 2711034 | 1995 | 3 |
| Bates | Paul | Douglas | | 4109518 | 2003 | 3 |
| Batra | Rajiv | Kumar | | 4100152 | 2003 | 3 |

| LAST NAME | FIRST NAME | MIDDLE NAME | SUF | REG ID | YR ADM | DEPT |
|---|---|---|---|---|---|---|
| Bausch | Ryan | Edward | | 4553608 | 2007 | 3 |
| Beal | Cheryl | Toto | | 2414548 | 1991 | 3 |
| Beasley | Elizabeth | Ruth | | 4387288 | 2006 | 3 |
| Becker | Linda | Ellen | | 1730514 | 1981 | 3 |
| Beckett | Suzann | Leigh | | 2208684 | 1988 | 3 |
| Behrndt | William | C. | III | 2542579 | 1993 | 3 |
| Belenyessy | Zsuzsanna | | | 4383279 | 2006 | 3 |
| Bell | Cheryl | Lynette | | 4075586 | 2002 | 3 |
| Bell | Robert | Arvin | | 2481885 | 1992 | 3 |
| Ben-Hur | Ronit | Tali | | 3976214 | 2001 | 3 |
| Benedetto | Jennifer | Therese | | 4382628 | 2006 | 3 |
| Benjamin | Katharine | Renee | | 3991676 | 2001 | 3 |
| Bennett | Richard | D. | | 1899954 | 1980 | 3 |
| Berger | Tammar | D. | | 4302048 | 2005 | 3 |
| Berlowitz | Jeffrey | Kevin | | 4445979 | 2006 | 3 |
| Berman | Frank | Richard | | 2884617 | 1998 | 3 |
| Berman | Keira | Lynne | | 2460277 | 1992 | 3 |
| Bernabe | Ricardo | Cruz | | 2141224 | 1987 | 3 |
| Bernson | Kathryn | Jean | | 2371185 | 1990 | 1 |
| Bernstein | Edward | Mark | | 2479087 | 1992 | 3 |
| Bertisch | Christoph | M. | | 2761195 | 1996 | 3 |
| Besner | Beth | Cohen | | 2243210 | 1989 | 3 |
| Bibb | Scott | Kahmil | | 4294328 | 2005 | 3 |
| Bills | Jennifer | Leah | | 4123279 | 2003 | 3 |
| Bilousenko | Oleg | Olexandrovich | | 3002037 | 1999 | 3 |
| Bindrup | Scott | Legrande | | 2253169 | 1989 | 3 |
| Bird | Jessica | R.P. | | 2724573 | 1996 | 3 |
| Birus | Anna | Katharina | | 4115341 | 2003 | 3 |
| Bischof | Pirmin | Josef | | 2354942 | 1990 | 3 |
| Bishop | Michael | John | | 4422242 | 2006 | 3 |
| Bittleman | Sarah | | | 2657708 | 1995 | 3 |
| Blackert | Daniel | F. | | 4497897 | 2007 | 3 |
| Blancaflor | Eliseo | Mallannao | | 2153617 | 1987 | 3 |
| Blank | Richard | I. | Jr. | 2317600 | 1990 | 3 |
| Blersch | Karen | M. | | 4181384 | 2003 | 3 |
| Blitshtein | Iriana | | | 3892361 | 2000 | 3 |
| Blitz | Marcy | Gail | | 2609311 | 1994 | 3 |
| Blitzer | Sharon | | | 3031226 | 2000 | 3 |
| Blumenstock | Keith | Michael | | 3023017 | 2000 | 3 |
| Bodensztein | Anthony | | | 4166849 | 2004 | 3 |
| Bodnar | Joseph | John | | 2010734 | 1985 | 3 |
| Bogosian | Allison | Mary | | 4355616 | 2005 | 3 |
| Bohl | Richard | Keith | | 2110799 | 1987 | 3 |
| Bohlander | Rachael | Ann | | 4452272 | 2007 | 3 |
| Bojinova | Elena | Bojidarova | | 4129490 | 2003 | 3 |
| Boller | Timothy | Leroy | | 2891711 | 1998 | 3 |

| LAST NAME | FIRST NAME | MIDDLE NAME | SUF | REG ID | YR ADM | DEPT |
|---|---|---|---|---|---|---|
| Bona | Conrad | Christian | | 2947570 | 1999 | 3 |
| Bonacci | Tracie | Lynn | | 2930980 | 1999 | 3 |
| Bond | Melanie | | | 4539201 | 2007 | 3 |
| Bonomo | Virginia | Marie | | 2339588 | 1990 | 3 |
| Borowski | John | Michael | | 1794288 | 1982 | 3 |
| Botts | Tina | Fernandes | | 4319307 | 2005 | 3 |
| Bourgault | Jon | Michael | | 3980802 | 2001 | 3 |
| Bowe | Julie | Mary | | 4427928 | 2006 | 3 |
| Bowers | Andrew | Alexander | | 4080719 | 2002 | 3 |
| Bowyer | Frederick | Louis | III | 3062205 | 2000 | 3 |
| Boyar | Edward | | | 301837 | 1972 | 2 |
| Boyle | William | Harvey | | 2463594 | 1992 | 3 |
| Bradl | Timothy | I. | | 2540946 | 1993 | 3 |
| Brammer | William | Haymore | Jr. | 3982097 | 2001 | 3 |
| Bravo | Edilberto | Buenaventura | | 2136471 | 1987 | 3 |
| Brennan | Joseph | Howard | | 2335131 | 1990 | 3 |
| Brenner | Nadav | | | 3946712 | 2001 | 3 |
| Breslow | Roy | Warren | | 1875400 | 1983 | 3 |
| Brezis | Shira | | | 4284576 | 2005 | 3 |
| Briggs | Emerson | Vincent | III | 2686103 | 1995 | 3 |
| Briggs | Onimim | Ernestina | | 2140812 | 1987 | 3 |
| Briggs | Rebecca | Suzanne | | 3930641 | 2001 | 3 |
| Brightman | Richard | Johns | | 3064961 | 2000 | 3 |
| Briola | Luis | Miguel | | 3959301 | 2001 | 3 |
| Brobbey | Victor | Kofi | | 4350294 | 2005 | 3 |
| Brooking | Andrew | Craig | | 2743797 | 1996 | 3 |
| Brown | Elizabeth | Cowan | | 3995974 | 2001 | 3 |
| Brown | J. | Lawson | | 1341247 | 1958 | 4 |
| Brucchieri | Danielle | Anastasia | | 4492435 | 2007 | 3 |
| Bryan | Kelly | Baumer | | 2874980 | 1999 | 3 |
| Bryan | Kendle | Carmer | | 4151999 | 2003 | 3 |
| Bryant | David | Drayton | | 2202851 | 1988 | 2 |
| Budorick | Daniel | E. | | 4129128 | 2003 | 3 |
| Bujdud | Dennis | John | | 4132502 | 2003 | 3 |
| Bulmash | Lisbeth | Margot | | 2966356 | 1999 | 3 |
| Bunag | Jose | Mario Cailipan | | 2267359 | 1989 | 3 |
| Burgess | Caitlin | Rebecca | | 2885960 | 1998 | 3 |
| Burke | Sondra | | | 2923308 | 1998 | 3 |
| Burr | Amy | Patricia | | 2999514 | 1999 | 3 |
| Bury | Andrew | Charles | | 4085841 | 2002 | 3 |
| Butterfield | Michael | Warren | | 2912392 | 1998 | 3 |
| Byars | Sonya | Leigh | | 3991320 | 2001 | 3 |
| Byers | Robert | Albert | | 2432938 | 1991 | 3 |
| Byrne | Conor | Louis | | 4256855 | 2004 | 3 |

| LAST NAME | FIRST NAME | MIDDLE NAME | SUF | REG ID | YR ADM | DEPT |
|---|---|---|---|---|---|---|
| Byrnes | Gregory | Leo | | 2704963 | 1995 | 3 |
| Byun | Young | Hoon | | 2521540 | 1993 | 3 |
| Cai | Rong | | | 3000668 | 1999 | 3 |
| Calandrillo | Elizabeth | Gilda | | 3996733 | 2001 | 3 |
| Callaghan | Michael | John | | 3067329 | 2000 | 3 |
| Callahan | Elaine | M. | | 1703693 | 1981 | 3 |
| Campbell | Dennis | Leon | | 2331403 | 1990 | 3 |
| Campbell | Hugh | Hamill | III | 2278398 | 1989 | 3 |
| Campbell | Melissa | L. | | 2891620 | 1976 | 3 |
| Campione | Christine | E. | | 2456614 | 1992 | 3 |
| Campito | Laurie | Anne | | 2458701 | 1992 | 3 |
| Candela | Natalie | S. | | 4075867 | 2002 | 3 |
| Candella | Anthony | Thomas | | 3900149 | 2000 | 3 |
| Candido | Joseph | E. | | 1945906 | 1984 | 3 |
| Canning | Johanna | Marie | | 4314399 | 2005 | 3 |
| Caplan | Robert | Brian | | 4129391 | 2002 | 3 |
| Capuder | Kenneth | | | 4058459 | 2002 | 3 |
| Carethers | Trek | Kirkland | | 4080578 | 2002 | 3 |
| Carini | John | Wallace | | 2769156 | 1996 | 3 |
| Carleton | Dia | M. | | 1884857 | 1981 | 3 |
| Carmody | Don | Terence | | 1559467 | 1976 | 2 |
| Carney | Jeffrey | Thomas | | 2320919 | 1990 | 3 |
| Carney | Sean | Robert | | 2427029 | 1991 | 3 |
| Carns | John | Christopher | | 2765261 | 1996 | 3 |
| Carrier | Paul | Robert | | 2750057 | 1996 | 3 |
| Carroll-Barnes | Nichole | | | 4024972 | 2002 | 3 |
| Carter | Ian | Christopher | | 2151835 | 1987 | 3 |
| Casafranca | Teresa | Maria | | 4385696 | 2006 | 3 |
| Caso | Justin | Edward | | 4474813 | 2007 | 3 |
| Catanzarite | Kenneth | Joseph | | 2336774 | 1990 | 3 |
| Cater | Janice | L. | | 4075800 | 2002 | 3 |
| Catovic | Sami | Ismet | | 3995644 | 2001 | 3 |
| Caulfield | Marianne | | | 1773670 | 1982 | 3 |
| Cebik | Sarah | Ruth | | 2994317 | 1999 | 3 |
| Cervantes | Cenon | Samuel | Jr. | 2012854 | 1985 | 3 |
| Cestare | Thomas | William | | 2064699 | 1981 | 3 |
| Chan | Arnold Grove | Kar-Nok | | 2707305 | 1995 | 3 |
| Chan | Hui-Fen | | | 4499406 | 2007 | 3 |
| Chan | Tsung-Che | | | 4285649 | 2005 | 3 |
| Chan | Wing-Cheong | | | 2614923 | 1994 | 3 |
| Chandkok | Poonam | | | 4164711 | 2003 | 3 |
| Chang | Calvin | Yung | | 4318408 | 2005 | 3 |
| Chao | Evelyn | Man-I | | 2469088 | 1992 | 3 |
| Chao | Yijun | | | 3966934 | 2001 | 3 |
| Chapman | Gerald | S. | | 2220614 | 1988 | 2 |

| LAST NAME | FIRST NAME | MIDDLE NAME | SUF | REG ID | YR ADM | DEPT |
|---|---|---|---|---|---|---|
| Chappelle | Kasey | Anna | | 3930971 | 2001 | 3 |
| Charfoos | Lawrence | S. | | 2061406 | 1986 | 3 |
| Charnoff | Jonathan | Henry | | 2469955 | 1992 | 3 |
| Chase | Giles | Aquila | | 2075398 | 1986 | 3 |
| Chason | Katherine | Ann | | 2331916 | 1990 | 2 |
| Chassang | Audrey | Celia | | 4049789 | 2002 | 3 |
| Chaves | Andrew | | | 4450730 | 2006 | 3 |
| Chen | Hui-Wen | | | 4054706 | 2002 | 3 |
| Chen | Jason | Yu-Ming | | 2616910 | 1994 | 3 |
| Chen | Jie | | | 4048229 | 2002 | 3 |
| Chen | Ru | Ruey | | 4240925 | 2004 | 3 |
| Chen | Yi-Lin | | | 4242434 | 2004 | 3 |
| Chen | Yu-Hui | | | 3993516 | 2001 | 3 |
| Chernoff | Mark | Stuart | | 2739845 | 1996 | 3 |
| Chernoff | Sara | Paula | | 1892967 | 1982 | 3 |
| Chia | Rachel | Ann-May | | 4174579 | 2003 | 3 |
| Chin | Fu Cheng | | | 2072692 | 1986 | 3 |
| Chipperson | Amy | Sue | | 2782019 | 1998 | 3 |
| Cho | Chiyoung | | | 4199857 | 2004 | 3 |
| Cho | Moon | Sung | | 2872257 | 1998 | 3 |
| Cho | Sang | Wook | | 4478376 | 2007 | 3 |
| Cho | Seung | Won | | 4351128 | 2005 | 3 |
| Cho | Youngjeen | | | 4285169 | 2005 | 3 |
| Choi | Dong | Bae | | 4065512 | 2002 | 3 |
| Choi | Jae | Yong | | 4289591 | 2005 | 3 |
| Choi | Jihoon | | | 4120242 | 2003 | 3 |
| Choi | Jong | Myoung | | 4049854 | 2002 | 3 |
| Choi | Jong | Hyeon | | 2382083 | 1991 | 3 |
| Choi | Seon | Ae | | 4496667 | 2007 | 3 |
| Choi | Sung | Hyun | | 2877538 | 1998 | 3 |
| Choi | Young | Real | | 4238366 | 2004 | 3 |
| Choi | Young-Jun | | | 4117305 | 2003 | 3 |
| Chou | Helen | I-Chun | | 4044293 | 2002 | 3 |
| Christiano | Anthony | Richard | | 3992104 | 2001 | 3 |
| Christiansen | Guy | Tanber | | 2699585 | 1995 | 3 |
| Christie | Alexander | Maximilian Brenford | | 4451829 | 2006 | 3 |
| Chung | Janet | Shirley | | 2721199 | 1996 | 3 |
| Chung | Mihwa | | | 2996569 | 1999 | 3 |
| Chung | Miran | Mun | | 3898178 | 2000 | 3 |
| Cisse | Madibinet | | | 4065470 | 2002 | 3 |
| Clamen | Alisa | Magid | | 2446631 | 1992 | 3 |
| Clancy | Joseph | John | | 2414761 | 1991 | 3 |
| Clark | Kathryn | A. | | 1546357 | 1976 | 3 |
| Clark | Richard | Mc | | 1456987 | 1962 | 3 |

| LAST NAME | FIRST NAME | MIDDLE NAME | SUF | REG ID | YR ADM | DEPT |
|---|---|---|---|---|---|---|
| Clarke | Peggy | Ann | | 2386118 | 1991 | 3 |
| Clemente | Nicholas | Alfred | | 4082327 | 2002 | 3 |
| Clermont | Fabienne | Monique | | 2753465 | 1996 | 3 |
| Clinch | Henri | Carleton | | 2086353 | 1986 | 3 |
| Coburn | Paul | Bendit | | 1208677 | 1960 | 1 |
| Coffee | David | | | 2565935 | 1993 | 3 |
| Cohen | Naomi | Itta | | 3061439 | 2000 | 3 |
| Cohen | William | David | | 1505080 | 1974 | 3 |
| Cole | Avril | Tundete | | 4221792 | 2004 | 3 |
| Coletta | John | Francis | | 4021994 | 2002 | 3 |
| Collins | Lance | B. | | 1945070 | 1984 | 3 |
| Collins | Marie | Ann | | 3047677 | 2000 | 3 |
| Collins Finn | Mary | Geraldine | | 3902731 | 2000 | 3 |
| Conforti | Nicole | Gabrielle | | 4085874 | 2002 | 3 |
| Conlon | Siobhan | Mary | | 4409322 | 2006 | 3 |
| Connolly | Kevin | Stephen | | 2277275 | 1989 | 3 |
| Connolly | Mark | Victor | | 1849611 | 1983 | 3 |
| Connolly | Mary | Katherine | | 2729796 | 1996 | 3 |
| Conselyea | Liza | Lynn | | 2946846 | 1999 | 3 |
| Constable | Farisha | Yeshimabeit | | 4248936 | 2004 | 3 |
| Constable | Mark | William | | 4202990 | 2004 | 3 |
| Conte | Joseph | John | | 4052817 | 2002 | 3 |
| Cook | Amanda | Lydia | | 2949493 | 1999 | 3 |
| Cooper | Irving | T. | | 1795228 | 1983 | 3 |
| Cordick | Catherine | Hilary | | 3896362 | 2000 | 3 |
| Cornell | David | Scott Da Silva | | 2962611 | 1999 | 3 |
| Cornetta | Richard | Robert | Jr. | 2410496 | 1991 | 3 |
| Corr | Aveen | Mary | | 4378493 | 2006 | 3 |
| Cosentino | Mark | N. | | 2196939 | 1988 | 4 |
| Costanzo | David | Philip | | 2464402 | 1992 | 3 |
| Cotter | Daniel | Martin | | 3966736 | 2001 | 3 |
| Cotter | Laura | Marie | | 4535597 | 2007 | 3 |
| Cottingham | John | Day | | 4086070 | 2002 | 3 |
| Coty | Christopher | Paul | | 4139929 | 2003 | 3 |
| Coutant | Amy | Melissa | | 2729614 | 1996 | 3 |
| Craggs Nea Neo | Sharon | Po-Lian | | 3065463 | 2000 | 3 |
| Cramer | Paul | Matthew | | 2550713 | 1993 | 3 |
| Crane | James | Martin | | 2964385 | 1999 | 3 |
| Craven | David | I. | | 1960780 | 1985 | 3 |
| Crawshaw | Ann | Constance | | 2500908 | 1992 | 3 |
| Croft | Douglas | Martin | | 4000386 | 2001 | 3 |
| Cronan-Yorick | Anne | Elizabeth | | 2693182 | 1995 | 3 |
| Cronheim | Paul | | | 1887827 | 1983 | 3 |
| Croshaw | Cathy | L. | | 2189181 | 1988 | 3 |

| LAST NAME | FIRST NAME | MIDDLE NAME | SUF | REG ID | YR ADM | DEPT |
|---|---|---|---|---|---|---|
| Crozel | Bruno | Hubert | | 2501690 | 1992 | 3 |
| Curran | Denise | Mary | | 2532729 | 1993 | 3 |
| Curry | Denise | Sarah-Jane | | 4352910 | 2005 | 3 |
| Curtis | Robert | E. | Jr. | 2872935 | 1998 | 3 |
| D'Alessandro | Beth | Anne | | 2360139 | 1990 | 3 |
| D'Avanzo | Robert | L. | | 2483212 | 1992 | 3 |
| D'Errico | Monique | | | 4111241 | 2003 | 3 |
| Dabney | John | Jay | | 2887099 | 1998 | 3 |
| Dalal | Rupal | Ruparel | | 4157061 | 2003 | 3 |
| Daly | Kyle | Michael | | 4151288 | 2003 | 3 |
| Daly | Sarah | Patricia | | 4398947 | 2006 | 3 |
| Dantzler | Vernai | | | 2427078 | 1984 | 3 |
| Daub | Sebastian | Bernard C. | | 3046885 | 2000 | 3 |
| David | Judith | Lara | | 2821536 | 1997 | 3 |
| Davie | Michael | I. | | 1766773 | 1982 | 3 |
| Davis | Erin | M. | | 4106548 | 2003 | 3 |
| Davis | Richard | B. | | 1883222 | 1983 | 3 |
| De George | Erin | Devaney | | 4152369 | 2003 | 3 |
| De Jesus | Marinel | Malvar | | 4124145 | 2003 | 3 |
| De Los Santos | Janelle | Ann | | 4249199 | 2004 | 3 |
| Deitch | Daniel | Colin | | 2693661 | 1995 | 3 |
| Dekervasdoue | D. | Herve | | 2682888 | 1995 | 3 |
| Della Torre | Gerald | Robert | | 2633600 | 1994 | 3 |
| Delos Reyes | Crisostomo | M. | | 1875590 | 1983 | 3 |
| Delsol | Henri-Louis | Jean Denis | | 4295085 | 2005 | 3 |
| Demelo | Lucia | Cordeiro | | 2764678 | 1996 | 3 |
| Dempsey | Patricia | A. | | 2459097 | 1992 | 3 |
| Deng | Haiping | | | 4380986 | 2006 | 3 |
| Denicore | Amy | Griffith | | 2842987 | 1997 | 3 |
| Denman | William | Aquila | | 1624097 | 1958 | 3 |
| Denn | Gavin | Gerald | | 3979838 | 2001 | 3 |
| Denoun | Catherine | | | 2791192 | 1997 | 3 |
| Deperrois | Fabrice | Jean | | 3992450 | 2001 | 3 |
| Desker | Denis | Shawn | | 4212528 | 2004 | 3 |
| Devine | Jillana | Joly | | 3908050 | 2000 | 3 |
| Devlin | Timothy | | | 2806073 | 1997 | 3 |
| Dhillon | Gagandeep | Kaur | | 4130167 | 2003 | 3 |
| Diaz-Granados | Rafael | Andres | | 2835049 | 1997 | 1 |
| Diaz-Granados | Sonja | Natasha | | 2835031 | 1997 | 1 |
| Didier | Emmanuel | M.B. | | 1996776 | 1985 | 3 |
| Dieter | Mark | Andrew | | 3891546 | 2000 | 3 |
| Dillon | Mark | Douglas | | 2596070 | 1994 | 3 |
| Dillon | Patrick | Bernard | | 4274007 | 2004 | 3 |
| Dimick | Matthew | David | | 4266177 | 2005 | 3 |
| Dipchand | Elizabeth | Shasta | | 4414637 | 2006 | 3 |

| LAST NAME | FIRST NAME | MIDDLE NAME | SUF | REG ID | YR ADM | DEPT |
|---|---|---|---|---|---|---|
| Dittmar | Dawn | Marie | | 2053411 | 1986 | 3 |
| Divinagracia | Elsa | Roldan | | 2265759 | 1989 | 3 |
| Dobrev | Livia | Solange | | 2839629 | 1997 | 3 |
| Doerr | Wade | Travis | | 4217543 | 2004 | 3 |
| Doherty | Joseph | P. | II | 1951508 | 1984 | 3 |
| Dolev | Arbelle | | | 4403069 | 2006 | 3 |
| Donald | Karen | Vickers | | 3929882 | 2001 | 3 |
| Donlen | Julia | Marie | | 3069291 | 2000 | 3 |
| Donovan | Alessandra | Virginia | | 3028339 | 2000 | 3 |
| Donovan | Cathleen | | | 1634690 | 1979 | 3 |
| Doolittle | Susan | Colt | | 2484152 | 1992 | 3 |
| Dorgan | Walter | James | Jr. | 2345635 | 1990 | 3 |
| Dorsett | Randol | Mark Anthony | | 4257168 | 2004 | 3 |
| Dorsey | Clarence | Walter | | 2186179 | 1988 | 3 |
| Doss | Karl | Anthony | | 3070067 | 2000 | 3 |
| Dowd | Martin | Foley | | 1998509 | 1985 | 3 |
| Dowling | Christopher | Lunsford | | 3896115 | 2000 | 3 |
| Doyle | Daniel | Patrick | | 4088704 | 2002 | 3 |
| Dreskin | Edward | A. | | 2018075 | 1985 | 3 |
| Driscoll | Christine | Maura | | 4157350 | 2003 | 3 |
| Du | Peng | | | 4238325 | 2004 | 3 |
| Dubensky | Peter | Adam | | 2078863 | 1986 | 3 |
| Duffy | Yvette | Carolynn | | 2350320 | 1990 | 3 |
| Duncan-Jones | Samuel | Llewellyn | | 4170866 | 2003 | 3 |
| Dundas | Philip | Blair | | 2874105 | 1998 | 3 |
| Duque | Carla | | | 3991627 | 2001 | 3 |
| Duru | Chinekwu | Nwakaego | | 4467676 | 2006 | 3 |
| Durukan | Begum | | | 3892577 | 2000 | 3 |
| Dutcher | Lori | Jean | | 2613636 | 1994 | 3 |
| Dwyer | Christopher | David | | 2570695 | 1993 | 3 |
| Dwyer | Royal | James | | 2899474 | 1998 | 3 |
| Eagan | Martin | D. | | 3041894 | 2000 | 3 |
| Eagan | Travis | Robert | | 4336756 | 2005 | 3 |
| East | Bart | Terrance | | 4018933 | 2002 | 3 |
| Eastwood | Thomas | Inherman | | 1279256 | 1972 | 3 |
| Eberwine | Eric | Thomas | | 4212668 | 2004 | 3 |
| Eckhardt | Ruth | | | 4423836 | 2006 | 3 |
| Edleston | William | Richard | | 2297398 | 1989 | 3 |
| Edwards | Arthur | Daniel | III | 4070876 | 2002 | 3 |
| Egalite | Jean | Dhimy | | 2875979 | 1998 | 3 |
| Egan | Sara | Campbell | | 3017597 | 2000 | 4 |
| Eguchi | Takuya | | | 4239117 | 2004 | 3 |
| Ehrenberg | Kenneth | R. | | 4060935 | 2002 | 3 |
| Ekpu | Elu | Ray | | 4480125 | 2007 | 3 |
| Elash | Joshua | Brendan | | 4360749 | 2005 | 3 |

| LAST NAME | FIRST NAME | MIDDLE NAME | SUF | REG ID | YR ADM | DEPT |
|---|---|---|---|---|---|---|
| Eliahou | Sharona | | | 2662005 | 1995 | 3 |
| Eliot | Susan | J. | | 1953751 | 1984 | 3 |
| Elkins | Thomas | William | | 4520144 | 2007 | 3 |
| Elston | Catherine | Mary | | 2383545 | 1991 | 3 |
| Elward | Michael | V. | | 4003224 | 2001 | 3 |
| Engelhart | Edward | George | | 2022416 | 1985 | 3 |
| Engelman | Steve | T. | | 2523264 | 1993 | 3 |
| Enriquez | Maria | Elena | | 4260030 | 2004 | 3 |
| Enriquez | Miguel | | | 4155149 | 2003 | 3 |
| Ensslin | Holger | | | 2709137 | 1995 | 3 |
| Eordogh | Richard | Miklos | | 2780138 | 1996 | 3 |
| Ephraim | Ram | | | 4170171 | 2003 | 3 |
| Epstein | Rafael | | | 1896000 | 1983 | 1 |
| Eriksen | Christopher | Oswald | | 2877041 | 1998 | 3 |
| Errera | Marie | | | 4102265 | 2003 | 3 |
| Eslami Nodouchan | Dariouch | Emmanuel | | 2703015 | 1995 | 3 |
| Esomo | Christopher | | | 4200283 | 2004 | 3 |
| Esser-Ellicott | Jessica | | | 2659662 | 1995 | 3 |
| Evans | David | Michael | | 3040771 | 2000 | 3 |
| Eyzaguirre | Oscar | Eduardo | | 4404315 | 2006 | 3 |
| Ezeala | Jude | Chukwuma | | 3996493 | 2001 | 3 |
| Factor | Marvin | W. | | 2059384 | 1986 | 3 |
| Fagan | Keith | Helmer | | 4203469 | 2004 | 3 |
| Fallon | Joseph | Gerard | | 2492155 | 1992 | 3 |
| Falzone | John | Michael | Jr. | 1973544 | 1985 | 3 |
| Famiglietti | Michael | C. | | 2005742 | 1985 | 3 |
| Fan | Hongbing | | | 3995966 | 2001 | 3 |
| Farrell | Amanda | Susanne | | 4114948 | 2003 | 3 |
| Farrell | Raymond | James | | 1934769 | 1980 | 3 |
| Farrell | Thomas | F. | | 3273042 | 1966 | 3 |
| Farrington | Ray | A. | | 1954213 | 1984 | 3 |
| Fataliyev | Vugar | Tahmasib | | 4269502 | 2004 | 3 |
| Fecak-Ortiz | Melissa | Ann | | 3934684 | 2001 | 3 |
| Federman | Jonathan | | | 2673226 | 1995 | 4 |
| Feeney | Keith | John | | 2995827 | 1999 | 3 |
| Fei | Wei | | | 4337127 | 2005 | 3 |
| Feliciani | Andrea | | | 4235230 | 2004 | 3 |
| Felsen | Audrey | Amanda | | 3900040 | 2000 | 3 |
| Fenn | Laura | Jean | | 2686616 | 1995 | 3 |
| Fenton | Mary | L. | | 1259720 | 1965 | 3 |
| Ferey | Agnes | Lucienne | | 2409761 | 1991 | 3 |
| Ferguson | John | Stanley | | 1320605 | 1960 | 1 |
| Fernandez Ferro | Maria | | | 3043155 | 2000 | 3 |
| Ferrer | Jose | J. | | 1827294 | 1982 | 3 |
| Ferrero | Guillermo | J. | | 3974532 | 2001 | 3 |

| LAST NAME | FIRST NAME | MIDDLE NAME | SUF | REG ID | YR ADM | DEPT |
|---|---|---|---|---|---|---|
| Ferrigno | Edmond | Joseph | | 2503274 | 1992 | 3 |
| Fesenko | Alec | Yurievich | | 3070497 | 2000 | 3 |
| Fierro | Heather | Ann | | 3944071 | 2001 | 3 |
| Fierro | Scott | Nicholas | | 4077806 | 2002 | 3 |
| Filice | Pasquale | | | 2810752 | 1997 | 3 |
| Filipiuk | Mark | Lawrence | | 2483022 | 1992 | 3 |
| Finkel | Seth | J. | | 2014561 | 1985 | 3 |
| Fisher | David | Gregory | | 2890168 | 1998 | 3 |
| Fisher | Glenn | Stuart | | 2656569 | 1995 | 3 |
| Fisher | Tanya | White | | 3961273 | 2001 | 3 |
| Fishkin | William | Jonas | | 4036687 | 2002 | 3 |
| Fitterer | Edmund | Francis | Jr | 4201893 | 2004 | 3 |
| Flanagan | James | F. | | 1727106 | 1981 | 3 |
| Flanagan | Jennifer | Rose | | 4237590 | 2004 | 3 |
| Fleming | Sarah | Helen | | 4336806 | 2005 | 3 |
| Florentino | Nicole | | | 4224754 | 2004 | 3 |
| Floyd | Liam | Clarke | | 2496602 | 1992 | 3 |
| Flynn | Jamie | Rollins | | 2793313 | 1997 | 3 |
| Flynn | Kelly | Anne | | 3055480 | 2000 | 3 |
| Flynn | Victoria | Anne | | 3065141 | 2000 | 3 |
| Forrai | Katalin | | | 4251856 | 2004 | 3 |
| Foudy | Christopher | Mark | | 2996742 | 1999 | 3 |
| Fox | Gary | E. | | 1867381 | 1982 | 3 |
| Fox | Irving | Patrick | | 1220870 | 1955 | 3 |
| Fox | Lawrence | Matthew | | 2682961 | 1995 | 3 |
| Fraher | Kathleen | Joan | | 2848984 | 1997 | 3 |
| Frank | Amy | Beth | | 2918761 | 1998 | 3 |
| Frank | Cathy | Ruth | | 2220960 | 1988 | 3 |
| Freedman | Forrest | Scott | | 2173839 | 1988 | 3 |
| Freedman | Jeffrey | Michael | | 2004547 | 1985 | 2 |
| French | Daniel | Lawrence | | 3065372 | 2000 | 3 |
| Frey | Douglas | Andrew | | 4294211 | 2005 | 3 |
| Fried | Richard | F. | | 2916807 | 1998 | 3 |
| Friedland | Ruth | W. | | 1905447 | 1984 | 3 |
| Friedman | Barry | Dean | | 2457018 | 1992 | 3 |
| Frink | Eugene | F. | | 1579259 | 1952 | 3 |
| Frodyma | Scott | Francis | | 2891083 | 1998 | 3 |
| Fromkin | David | Roger | | 4078887 | 2002 | 3 |
| Fronefield | David | K. | | 1982487 | 1985 | 3 |
| Frye | Eric | Thomas | | 2676633 | 1995 | 3 |
| Fujii | Taro | | | 4528840 | 2007 | 3 |
| Fulton | Allison | | | 4394623 | 2006 | 3 |
| Gabie | Paul | Pascal | | 4255147 | 2004 | 3 |
| Gable | Elizabeth | Gugino | | 2249597 | 1989 | 3 |
| Gagel | James | Patrick | | 1881853 | 1983 | 3 |

| LAST NAME | FIRST NAME | MIDDLE NAME | SUF | REG ID | YR ADM | DEPT |
|---|---|---|---|---|---|---|
| Gaidemak | Melinda | Sue | | 2393130 | 1991 | 3 |
| Gainor | Tracey | Renee | | 3987690 | 2001 | 3 |
| Galbo | Tara | Justine | | 4036117 | 2002 | 3 |
| Galesi | Camilla | Berit | | 3911005 | 2001 | 3 |
| Gallo | Ulisse | Angelo | | 4133070 | 2003 | 3 |
| Galvez | Romeo | Caracta | | 2523868 | 1993 | 3 |
| Galvin | Kevin | Patrick | | 2243368 | 1989 | 3 |
| Gannon | Christine | Intromasso | | 4259917 | 2004 | 3 |
| Gardner | Jacqueline | Debra | | 2126647 | 1987 | 3 |
| Garmon | Tina | Louise | | 4234993 | 2004 | 3 |
| Garrett | Marcy | Lynn | | 2653624 | 1995 | 3 |
| Garry | John | T. | | 1133388 | 1952 | 3 |
| Gaskell | Whitney | Kelly | | 2921625 | 1998 | 3 |
| Gatmaitan | Juan | C. | | 1952035 | 1984 | 3 |
| Gaut | Laurie | Maddox | | 2139541 | 1987 | 3 |
| Gayao | Melgar | Sawadan | | 4116448 | 2003 | 3 |
| Geary | Nicola | Elizabeth | | 4003422 | 2001 | 3 |
| Gelety | John | Andrew | | 3056983 | 2000 | 3 |
| George | Helen | Weldon | | 2265346 | 1989 | 3 |
| Gerhard | Frank | A. | | 2910537 | 1998 | 3 |
| Gerhard | Victor | James | III | 2597540 | 1994 | 3 |
| Gerity | Patrick | Michael | | 2526317 | 1993 | 3 |
| Getman | Frank | Winsor | Jr. | 2494821 | 1992 | 3 |
| Gettenberg | David | Evan | | 2769354 | 1996 | 3 |
| Getzler | Diane | J. | | 2162550 | 1987 | 3 |
| Geva | Liora | | | 3994480 | 2001 | 3 |
| Gewirtz | Gregory | Scott | | 2459972 | 1992 | 3 |
| Ghebrewebet | Helen | | | 4445110 | 2006 | 3 |
| Giacobello | Marisa | Joy | | 4131975 | 2003 | 3 |
| Giblin | Edmund | B. | | 1937689 | 1984 | 3 |
| Gibson | Emily | Frances | | 4177317 | 2003 | 3 |
| Gillam | Neil | | | 4441101 | 2007 | 3 |
| Gillis | Matthew | Vincent | | 2952646 | 1999 | 3 |
| Gillis | Stacey | Anne | | 4023636 | 2002 | 3 |
| Gindi | Alan | Jack | | 2535565 | 1993 | 3 |
| Gingerelli | Angela | Michele | | 4538658 | 2007 | 3 |
| Ginsburg | Alan | Bruce | | 2244465 | 1989 | 3 |
| Gladney | Calvin | Gerod | | 2916732 | 1998 | 3 |
| Glendinning-Johnson | Jane | Carol | | 1844778 | 1980 | 3 |
| Glucksman | Joel | R. | | 2296697 | 1984 | 3 |
| Glynn | Robert | John | | 2089209 | 1987 | 3 |
| Go | Maria | Victoria | | 4056545 | 2002 | 3 |
| Goceljak | George | | | 2258861 | 1989 | 3 |
| Going | Robert | Neil | | 2054773 | 1980 | 3 |

| LAST NAME | FIRST NAME | MIDDLE NAME | SUF | REG ID | YR ADM | DEPT |
|---|---|---|---|---|---|---|
| Gokce | Guniz | Devrim | | 4151791 | 2003 | 3 |
| Golant | Stuart | Marc | | 2503613 | 1992 | 3 |
| Goldman | Richard | Mark | | 2417277 | 1991 | 3 |
| Goldman | Sarit | | | 4001541 | 2001 | 3 |
| Goldstein | Risa | Lischkoff | | 4257713 | 2004 | 3 |
| Gollnisch-Flourens | Cordelia | | | 4392361 | 2006 | 3 |
| Gomez | Juliana | | | 3929130 | 2001 | 3 |
| Gonzalez | Josephine | | | 3973385 | 2001 | 3 |
| Goodman | Jeffrey | Michael | | 4075669 | 2002 | 3 |
| Gordon | Gregory | Scott | | 2937589 | 1998 | 3 |
| Gordon | Ofira | | | 2538122 | 1993 | 3 |
| Gordy | Minos | Thomas | | 2838969 | 1997 | 3 |
| Gorman | Christine | Marie | | 4442083 | 2006 | 3 |
| Goss | Belinda | Jan | | 3932167 | 2001 | 3 |
| Goswamy | Arti | | | 4516720 | 2007 | 2 |
| Goun | Carol | Beth | | 2036010 | 1986 | 3 |
| Goverman | Steven | | | 2099620 | 1987 | 2 |
| Grant | Rachel | Marlene | | 4293635 | 2005 | 3 |
| Gray | John | L. | | 1823327 | 1951 | 3 |
| Greco | Catherine | V. | | 2710184 | 1996 | 3 |
| Green | Adam | David | | 4316931 | 2005 | 3 |
| Green | Christopher | Robert | | 2909067 | 1998 | 3 |
| Green | Kenneth | Charles | | 3970860 | 2001 | 3 |
| Gribko | Richard | Joseph | | 2655082 | 1995 | 3 |
| Griffin | John | David | | 2881522 | 1998 | 3 |
| Griffin | Mark | F. | | 2042109 | 1986 | 3 |
| Grob | Laurence | Andrew | | 2503035 | 1992 | 3 |
| Groman | John | Eric | | 4020889 | 2002 | 3 |
| Grootenboer | Danielle | Renee | | 2530624 | 1993 | 3 |
| Grossman | Nir | Akiva | | 4426870 | 2006 | 3 |
| Grysko | Gregory | | | 4029658 | 2002 | 3 |
| Gubitosi | Janea | Reiter | | 4129813 | 2003 | 3 |
| Guerard | Vincent | | | 3934056 | 2001 | 3 |
| Guerin | France | Marie Noelle | | 2154086 | 1987 | 3 |
| Guery | Edith | | | 4078671 | 2002 | 3 |
| Gurny | Susan | Lynn | | 2991719 | 1999 | 3 |
| Haber | Andrew | S. | | 1005180 | 1977 | 2 |
| Habib | Daniel | Wafik | | 4216867 | 2004 | 3 |
| Hackter | Glenn | Olov Joacim | | 4001616 | 2001 | 3 |
| Hadjov | Vassil | Tchavdarov | | 3990942 | 2001 | 3 |
| Haffner | Thomas | E. | | 2247369 | 1989 | 3 |
| Hahn | Syng | Hee | | 4465027 | 2007 | 3 |
| Haig | David | A. | | 2058337 | 1986 | 3 |
| Halberstadt | Bradley | James | | 2321701 | 1990 | 3 |
| Hallajian | Andrew | H. | | 2464253 | 1992 | 3 |
| Ham | Young | | | 4111621 | 2003 | 3 |

| LAST NAME | FIRST NAME | MIDDLE NAME | SUF | REG ID | YR ADM | DEPT |
|---|---|---|---|---|---|---|
| Han | Inn | Geun | | 4226411 | 2004 | 3 |
| Han | Jungeun | | | 4525598 | 2007 | 3 |
| Han | Sangik | | | 4013520 | 2002 | 3 |
| Han | Wonkyu | | | 2755114 | 1996 | 3 |
| Hanahoe | Daniel | Terence | | 4517892 | 2007 | 3 |
| Hanania | Maher | Hanna | | 2213957 | 1988 | 3 |
| Har Adir | Liat | | | 4233268 | 2004 | 3 |
| Harbison | Barry | Gerard | | 4264065 | 2004 | 3 |
| Hardaway | Patricia | Lofton | | 2546398 | 1993 | 3 |
| Harig | Michael | John | | 1731108 | 1981 | 3 |
| Haringa | Joshua | James | | 4103701 | 2003 | 3 |
| Harmon | Nancy | Toby | | 1759638 | 1981 | 3 |
| Harriford-McLaren | Erika | Monique | | 4338380 | 2005 | 3 |
| Harriman | Charles | Joseph | | 2344257 | 1980 | 3 |
| Harrington | Alexandra | Raymonde | | 4414967 | 2006 | 3 |
| Harris | Mark | Andrew | | 4128252 | 2003 | 3 |
| Harris-Bull | Tatarsha | | | 4431896 | 2006 | 3 |
| Harrison | J. | Michael | | 1573534 | 1971 | 1 |
| Harrison | James | Longmire | | 4017646 | 2002 | 3 |
| Harrison | Keith | Michaele | | 2015303 | 1985 | 3 |
| Harrison | Lisa | Marie | | 4019642 | 2002 | 3 |
| Hatch | Ira | C. | | 1736529 | 1981 | 3 |
| Hawkins | Violet | Marie | | 2076834 | 1986 | 3 |
| Hayashi | Eriko | | | 4515615 | 2007 | 3 |
| Hayata | Yuichiro | | | 4136321 | 2003 | 3 |
| Hedderman | Jeannette | W. | | 2259620 | 1989 | 3 |
| Heenen | Delphine | Liliane | | 3061066 | 2000 | 3 |
| Heim | Carrie | Kei | | 4174751 | 2003 | 3 |
| Heinegg | Andrew | Christopher | | 2369759 | 1990 | 3 |
| Heller | Reuven | | | 2217990 | 1988 | 3 |
| Henderson | Kimberly | Joan | | 2748242 | 1996 | 3 |
| Henries | George | E. | | 2256543 | 1989 | 3 |
| Henson | Ruby | De Jesus | | 2087179 | 1986 | 3 |
| Heo | Allison | Kyungmi | | 2659464 | 1995 | 3 |
| Herforth | Mark | | | 2204246 | 1988 | 3 |
| Hermanson | Sean | Garrett | | 2969590 | 1999 | 3 |
| Hermanson | Susan | Cooper | | 2536787 | 1993 | 3 |
| Herron | Niamh | Mary | | 4080156 | 2002 | 3 |
| Herszkowicz | Eduardo | Jose | | 4065462 | 2002 | 3 |
| Herz | Harry | John | | 2260255 | 1989 | 3 |
| Heslin | Holly | Anne | | 2762888 | 1996 | 3 |
| Hetherington | Margaret | Amy | | 4254918 | 2004 | 3 |
| Himes | Rees | Slaymaker | Jr. | 2527257 | 1993 | 3 |
| Hoare | James | Joseph | | 2078665 | 1986 | 3 |
| Hoerz | Brett | David | | 4240511 | 2004 | 3 |
| Hoffkins | Kevin | Lester | | 2419737 | 1991 | 3 |

| LAST NAME | FIRST NAME | MIDDLE NAME | SUF | REG ID | YR ADM | DEPT |
|---|---|---|---|---|---|---|
| Hoggarth | Robert | Lawrence | | 2114890 | 1987 | 3 |
| Holmes | Rhonda | Cunningham | | 2903763 | 1998 | 3 |
| Hong | Sung | June | | 4313706 | 2005 | 3 |
| Horan | Brian | Burgers | | 4040671 | 2002 | 3 |
| Horne | Ashleigh | Dale | | 4055554 | 2002 | 3 |
| Hotopp | Kerry | Gael | | 4106977 | 2003 | 3 |
| Hou | Yi | | | 4379996 | 2006 | 3 |
| Houlie | Jacob | | | 4175196 | 2003 | 3 |
| Howard | Cherie | Hill | | 2370450 | 1990 | 3 |
| Howe | Brian | Raymond | | 2818789 | 1997 | 3 |
| Hsu | Michael | Jason | | 4133633 | 2003 | 3 |
| Hu | Shao-Nan | | | 2700110 | 1995 | 3 |
| Huang | Xu | | | 3945870 | 2001 | 3 |
| Huang | Ying | | | 4298451 | 2005 | 3 |
| Hubbard | Elizabeth | Lynn | | 2608453 | 1994 | 3 |
| Huber | Richard | R. | | 1789072 | 1959 | 3 |
| Hughes | Holly | Beth | | 3034733 | 2000 | 3 |
| Hughes | Richard | Owen | | 2951184 | 1999 | 3 |
| Hughes-Hardaway | Cynthia | Loraine | | 2773513 | 1996 | 3 |
| Huh | Sangmoo | | | 4060943 | 2002 | 3 |
| Hull | Vicki | Sue | | 2546182 | 1993 | 3 |
| Hutchinson | Jason | Brian | | 2808558 | 1997 | 3 |
| Hutchison | Kathryn | Cristy | | 2962645 | 1999 | 3 |
| Igoe | Patrick | Joseph | | 2536472 | 1993 | 3 |
| Igwebuike | Patricia | Ifeoma | | 2877454 | 1998 | 3 |
| Iijima | Takeo | | | 4317160 | 2005 | 3 |
| Inujima | Nobuyoshi | | | 4223608 | 2004 | 3 |
| Ioshpa | Alexander | | | 4122941 | 2003 | 3 |
| Ippolito | Joseph | Victor | | 1748441 | 1981 | 3 |
| Irfani | Hana | | | 2872216 | 1998 | 3 |
| Irizarry | Dawn | Michelle | | 4175204 | 2003 | 3 |
| Ishikawa | Shigeru | | | 2839488 | 1997 | 3 |
| Iwanami | Osamo | | | 4345815 | 2005 | 3 |
| Iwase | Yoshikazu | | | 4215034 | 2004 | 3 |
| Jacques | Frantz | | | 4318275 | 2005 | 3 |
| James | Jennifer | Rosemary | | 4476453 | 2007 | 3 |
| Jang | Jin | Myung | | 4254777 | 2004 | 3 |
| Jang | Jinseok | | | 3992526 | 2001 | 3 |
| Jang | Jun | Hyok | | 4096749 | 2003 | 3 |
| Jang | Sunah | | | 4205720 | 2004 | 3 |
| Jansak | Sandra | E. | | 1820158 | 1982 | 3 |
| Jappah-Sumukai | Ruth | C. | | 4270179 | 2005 | 3 |
| Jay | Timothy | James | | 2910149 | 1998 | 3 |
| Jean | Pauline | | | 4535654 | 2007 | 3 |
| Jebeyli | Chahdan | | | 2593341 | 1994 | 3 |

| LAST NAME | FIRST NAME | MIDDLE NAME | SUF | REG ID | YR ADM | DEPT |
|---|---|---|---|---|---|---|
| Jenckel | Hans | Wilhelm | | 2341634 | 1990 | 3 |
| Jeong | Jong | Chul | | 4478137 | 2007 | 3 |
| Jeong | Kang | Jun | | 4486007 | 2007 | 3 |
| Jeong | Yeon | Wook | | 3966942 | 2001 | 3 |
| Jin | Fengchun | | | 4310967 | 2005 | 3 |
| Johnson | Louise | Anna Margareta | | 4170668 | 2003 | 3 |
| Johnson | Shawn-Michael | Freemont | | 4174488 | 2003 | 3 |
| Jones | Charles | A. | | 4415691 | 2006 | 3 |
| Jones | Lisa | Nicole | | 4144507 | 2003 | 3 |
| Jones | Matthew | F. | | 1704766 | 1981 | 3 |
| Jones | William | Charles | | 2729119 | 1996 | 3 |
| Joo | Hangil | | | 4307716 | 2005 | 3 |
| Josefsberg | Gregory | Thomas | | 4047155 | 2002 | 3 |
| Josiah | Selika | Balm | | 2544898 | 1993 | 3 |
| Joynt | Michael | Francis | | 2571594 | 1993 | 3 |
| Julhiet | Claire | | | 4044277 | 2002 | 3 |
| Jung | Muwon | | | 4059135 | 2002 | 3 |
| Jung | Youngjin | | | 4198537 | 2004 | 3 |
| Jury | Michael | James | | 4174884 | 2003 | 3 |
| Ka | Jungjoon | | | 4242111 | 2004 | 3 |
| Kabasinga | Florida | | | 4493649 | 2006 | 3 |
| Kadegis | Jana | Katharina | | 2557114 | 1993 | 3 |
| Kadota | Masatsura | | | 4230223 | 2004 | 3 |
| Kaestner | Karin | | | 2507556 | 1992 | 3 |
| Kahn | Alexander | Elliott | | 3968518 | 2001 | 3 |
| Kalirai | Amersit | Singh | | 3070919 | 2000 | 3 |
| Kalton | Peter | Maitland | | 4029849 | 2002 | 3 |
| Kaminsky | Stephanie | Ellen | | 2704047 | 1995 | 3 |
| Kampf | Judith | Ruth | | 1832500 | 1974 | 3 |
| Kang | Hyeon | | | 4178422 | 2003 | 3 |
| Kang | Myung-Gu | | | 4071734 | 2002 | 3 |
| Kang | Shin-Taeg | | | 3993508 | 2001 | 3 |
| Kaplan | Matthew | Ryan | | 4159588 | 2003 | 3 |
| Kapoor | Aarti | | | 4414645 | 2006 | 3 |
| Kapur | Bankim | Krishan | | 4398954 | 2006 | 3 |
| Kapur | Geeta | Nadia | | 4224986 | 2004 | 3 |
| Karch | Matthew | Eli | | 2844033 | 1997 | 3 |
| Kariv | Tomer | | | 2321321 | 1990 | 3 |
| Karkos | Melanie | | | 4509337 | 2007 | 3 |
| Karlin | Marni | Beth | | 4335667 | 2005 | 3 |
| Karp | Michael | N. | | 2016335 | 1985 | 3 |
| Karpiak | Brent | Murphy | | 2952661 | 1999 | 3 |
| Kasolas | Haralampo | | | 4165536 | 2003 | 3 |
| Kassman | Glenn | Douglas | | 3929635 | 2001 | 3 |

| LAST NAME | FIRST NAME | MIDDLE NAME | SUF | REG ID | YR ADM | DEPT |
|---|---|---|---|---|---|---|
| Katz | Alex | Joseph | | 4464368 | 2007 | 3 |
| Katz | Michael | I. | | 2563666 | 1993 | 3 |
| Katz | Stacey | Lynn | | 2332120 | 1990 | 3 |
| Kaufman | Tsippy | | | 4098786 | 2003 | 3 |
| Kaufmann | Elaine | Ann | | 3899481 | 2000 | 3 |
| Kavanagh | Everett | Patrick | | 2903573 | 1998 | 3 |
| Kawabuchi | Takehiko | | | 4230306 | 2004 | 3 |
| Kawamura | Yuki | | | 4137733 | 2003 | 3 |
| Keene | Margaret | Ann | | 2353530 | 1990 | 3 |
| Keleko | Adebayo | Olasupo | | 4519310 | 2007 | 3 |
| Kelleher | Kathleen | Anne | | 2473122 | 1992 | 3 |
| Kellogg | Michael | Williams | | 3000692 | 1999 | 3 |
| Kellogg | Thomas | Evans | | 4438545 | 2006 | 3 |
| Kelly | David | John | | 2906279 | 1998 | 3 |
| Kelly | Elizabeth | Aimee | | 2567915 | 1993 | 3 |
| Kelly | Elizabeth | Ann | | 2400646 | 1991 | 3 |
| Kennedy | E. | Richard | | 1802099 | 1982 | 3 |
| Kenyon | Lori | Christine | | 2825271 | 1997 | 3 |
| Ketchmark-Breckenridge | Laura | Dennise | | 3932225 | 2001 | 3 |
| Kettler | Katherine | Leah | | 4045431 | 2002 | 3 |
| Khawaja | Nosheen | | | 2771699 | 1996 | 3 |
| Khederian | Richard | | | 3042116 | 2000 | 3 |
| Kildsgaard | Anders | | | 3050606 | 2000 | 3 |
| Killalea | Katherine | Patricia | | 2203610 | 1988 | 3 |
| Kim | Bokyoung | | | 4517728 | 2007 | 3 |
| Kim | Chadong | | | 4208559 | 2004 | 3 |
| Kim | Do | Hyeong | | 4382206 | 2006 | 3 |
| Kim | Dongil | | | 4254199 | 2004 | 3 |
| Kim | Dongjin | | | 4023016 | 2002 | 3 |
| Kim | Eun | Jip | | 4351292 | 2005 | 3 |
| Kim | Eun | Jung | | 4382172 | 2006 | 3 |
| Kim | Helen | Myunghee | | 2557130 | 1993 | 3 |
| Kim | Heonjoo | | | 4081923 | 2002 | 3 |
| Kim | Hongki | | | 4020376 | 2002 | 3 |
| Kim | Hwa-Jin | | | 2714194 | 1996 | 3 |
| Kim | Hyun | | | 2433027 | 1991 | 3 |
| Kim | Hyunjoo | | | 4216743 | 2004 | 3 |
| Kim | Jae-Kwang | | | 4143772 | 2003 | 3 |
| Kim | John | Joon Min | | 3029048 | 2000 | 3 |
| Kim | John | Y. | | 4124079 | 2003 | 3 |
| Kim | Jungeun | | | 4165221 | 2003 | 3 |
| Kim | Michael | | | 4303046 | 2005 | 3 |
| Kim | Myoung-Joon | | | 2835478 | 1997 | 3 |
| Kim | Robin-Hwajin | Yoon | | 2566719 | 1993 | 3 |

| LAST NAME | FIRST NAME | MIDDLE NAME | SUF | REG ID | YR ADM | DEPT |
|---|---|---|---|---|---|---|
| Kim | Seok | Hwan | | 4106944 | 2003 | 3 |
| Kim | Seung-Hyeon | | | 4156063 | 2003 | 3 |
| Kim | Son | Guk | | 2997369 | 1999 | 3 |
| Kim | Soyoung | | | 4483681 | 2007 | 3 |
| Kim | Sung | Bae | | 4510012 | 2007 | 3 |
| Kim | Sung | Jin | | 4409678 | 2006 | 3 |
| Kim | Sungman | | | 2842524 | 1997 | 3 |
| Kim | Younggyoon | | | 3059037 | 2002 | 3 |
| Kim | Youngmin | | | 4467940 | 2007 | 3 |
| Kim | Youngmin | | | 4291613 | 2005 | 3 |
| King | Donald | F. | | 1895283 | 1984 | 3 |
| King | Richard | Lee | | 3937836 | 2001 | 3 |
| Kinney | Matthew | John | | 4338950 | 2005 | 3 |
| Kirschbaum | Sara | Ann | | 4239430 | 2004 | 3 |
| Kissane | Cormac | P. | | 4100574 | 2003 | 3 |
| Klatzkow | Jeffrey | A. | | 1908888 | 1984 | 3 |
| Kleinle | Reed | Charles | | 2747905 | 1996 | 3 |
| Knowles | Devon | Carroll | | 4493771 | 2007 | 3 |
| Knox | Leslie | Qvale | | 2318723 | 1990 | 3 |
| Kobayaski | Shinsuke | | | 4491759 | 2007 | 3 |
| Konstantinova | Yulia | Vasilievna | | 4410460 | 2006 | 3 |
| Koo | Bonick | | | 2713782 | 1996 | 3 |
| Kopra | Alexandra | Hellam | | 4243358 | 2004 | 3 |
| Kornbluh | James | Alan | | 2642585 | 1994 | 1 |
| Korpanec | Jaroslava | Francis | | 4083325 | 2002 | 3 |
| Koszuta | Danette | | | 2658409 | 1995 | 3 |
| Kouris | Panja | | | 4152302 | 2003 | 3 |
| Koziol | Sharon | Sloan | | 2798320 | 1997 | 3 |
| Kozol | George | B. | | 1308915 | 1978 | 4 |
| Kraemer | Richard | Alan | | 1823913 | 1982 | 3 |
| Krause | Kenneth | Carl | | 2542116 | 1980 | 3 |
| Kremner | Jonathan | | | 2636587 | 1994 | 3 |
| Kronsbein | Rita | Sabine | | 4137535 | 2003 | 3 |
| Kropke | Amy | Elizabeth | | 3047867 | 2000 | 3 |
| Kumar | Chandran | Devadoss | | 2731024 | 1996 | 3 |
| Kumra | Jaya | Sinha | | 3911955 | 2001 | 3 |
| Kunzweiler | Brenda | D.Y. | | 4026076 | 2002 | 3 |
| Kuo | Charlsen | Yi-Chang | | 4229043 | 2004 | 3 |
| Kuroki | Hirofumi | | | 4419867 | 2006 | 3 |
| Kurpiers | Ronald | James | II | 4353306 | 2005 | 3 |
| Kuzia | Kevin | Michael | | 2890341 | 1998 | 3 |
| Kwak | Kyung Jik | | | 3069440 | 2000 | 3 |
| Kwan | Natividad | Bantaya | | 2011419 | 1985 | 3 |
| Kwon | John | Joon-Han | | 3961729 | 2001 | 3 |
| Kwon | Soonhyung | | | 4392262 | 2006 | 3 |

| LAST NAME | FIRST NAME | MIDDLE NAME | SUF | REG ID | YR ADM | DEPT |
|---|---|---|---|---|---|---|
| Labor | Allen | | | 2123354 | 1987 | 3 |
| Ladestro | Gregory | | | 2387983 | 1991 | 3 |
| Lagoudis | Joanne | | | 4066551 | 2002 | 3 |
| Lajkowska | Joanna | Natalia | | 4297727 | 2005 | 3 |
| Lall | Neha | | | 4203196 | 2004 | 3 |
| Lamb | John | Joseph | | 2126639 | 1987 | 3 |
| Lamb | Kathy | R. | | 2310670 | 1990 | 4 |
| Lambdin | Jennifer | Paige | | 2783306 | 1996 | 3 |
| Lamblin-Bruce | Claire | | | 2999605 | 1995 | 3 |
| Lamontagne | James | Mark | | 2536456 | 1993 | 3 |
| Lane | Dana | Marie | | 4466009 | 2007 | 3 |
| Langer | Hong-Van | | | 4346888 | 2005 | 3 |
| Lardizabal | Carlos | A. | | 1945245 | 1984 | 3 |
| Larkin | Curtis | Anthony | | 2405413 | 1991 | 3 |
| Lasch | Frank | J. | | 1278068 | 1957 | 3 |
| Laudy | Mark | William | | 4049300 | 2002 | 3 |
| Laverty | Yasmyne | Christine | | 4160750 | 2003 | 3 |
| Lavi | Ariel | | | 4300430 | 2005 | 3 |
| Lawlor | Eileen | M. | | 4166245 | 2003 | 3 |
| Lawson | Gerald | J. | | 1353325 | 1954 | 3 |
| Lawson | Loryn | Michelle | | 4427621 | 2006 | 3 |
| Layton | Elaine | L. | | 2006005 | 1985 | 3 |
| Le | Nhu-Hanh | Thi | | 4071775 | 2002 | 3 |
| Lederman | Robert | E. | | 1877125 | 1983 | 3 |
| Ledoux | Lisa | Marie | | 4402020 | 2006 | 3 |
| Lee | Byeong Jin | | | 4300901 | 2005 | 3 |
| Lee | Chanho | | | 4238069 | 2004 | 3 |
| Lee | Dam | | | 4406591 | 2006 | 3 |
| Lee | Jisoo | | | 2882173 | 1998 | 3 |
| Lee | Joon | Woo | | 2915569 | 1998 | 3 |
| Lee | Kisuk | | | 4484531 | 2007 | 3 |
| Lee | Moosang | | | 3960960 | 2001 | 3 |
| Lee | Richard | Y.K. | | 2700409 | 1995 | 3 |
| Lee | Sang | Kook | | 4300919 | 2005 | 3 |
| Lee | Sang-Joo | | | 4426037 | 2006 | 3 |
| Lee | Sangho | | | 3966975 | 2001 | 3 |
| Lee | Soo Hyung | Daelim | | 4260246 | 2004 | 3 |
| Lee | Sungho | | | 2708436 | 1995 | 3 |
| Lee | Tae Ho | | | 4337259 | 2005 | 3 |
| Leff | Scott | Darren | | 2898021 | 1998 | 3 |
| Lefkowitz | Amy | Esther | | 4230611 | 2004 | 3 |
| Leith | John | R. | | 2158863 | 1987 | 3 |
| Lennon | Amara | Danielle | | 4530382 | 2007 | 3 |
| Lerner | Sean | Robert | | 4134961 | 2003 | 3 |
| Lesser | Tracy | Jill | | 3070604 | 2000 | 3 |

| LAST NAME | FIRST NAME | MIDDLE NAME | SUF | REG ID | YR ADM | DEPT |
|---|---|---|---|---|---|---|
| Lettner | Stephane | | | 2830461 | 1997 | 3 |
| Levene | Louis | A. | | 1823228 | 1941 | 3 |
| Leviant | Anita | | | 3943719 | 2001 | 3 |
| Levine | Mitchell | Holt | | 4134631 | 2003 | 3 |
| Levine | Peter | Kenneth | | 1502251 | 1979 | 3 |
| Levison | Jill | Susan | | 3933942 | 2001 | 3 |
| Levy | Brett | | | 2919868 | 1998 | 3 |
| Lewert | Adam | E. | | 1095108 | 1959 | 3 |
| Lewis | Kristin | Clair | | 2843050 | 1997 | 3 |
| Lewis | Steven | Neil | | 2506111 | 1992 | 3 |
| Li | Jason | Yat-Sen | | 4314332 | 2005 | 3 |
| Li | Jeffrey | Hongji | | 2634996 | 1994 | 3 |
| Li | Jiaming | | | 4275954 | 2004 | 3 |
| Liang | Minsong | | | 3975471 | 2001 | 3 |
| Licht | Jeffrey | L. | | 1961523 | 1985 | 3 |
| Lien | Ming-Li | | | 4251781 | 2004 | 3 |
| Liljestrom | Tanja | Kristina | | 4321832 | 2005 | 3 |
| Lim | Sung | Hee | | 4433322 | 2006 | 3 |
| Lin | Chen-nien | | | 2603322 | 1994 | 3 |
| Lin | Yao | | | 3992682 | 2001 | 3 |
| Lin | Yun-Hsien | Diana | | 4531505 | 2007 | 3 |
| Lincoln | Devon | Bethany | | 3029832 | 2000 | 3 |
| Lincoln | Paul | Lee | | 2749034 | 1996 | 3 |
| Link | Frederick | Allen | | 4395604 | 2006 | 3 |
| Lismanis | Robert | Maris | | 3967544 | 2001 | 3 |
| Liu | Yang | | | 4451845 | 2006 | 3 |
| Loong | Jessie | | | 4166096 | 2003 | 3 |
| Lord | Robert | Timothy | | 2336410 | 1990 | 3 |
| Loukas | Pantelis | Telly | | 3973609 | 2001 | 1 |
| Lu | Kui | | | 4423794 | 2006 | 3 |
| Lucas | Justin | Adriaan Francis | | 4229944 | 2004 | 3 |
| Lucas | Stephen | Bryan | | 2600344 | 1994 | 3 |
| Luciano | Michael | Vincent | | 2783546 | 1997 | 3 |
| Luis | Lopez Sandoval | Eduardo | | 4340956 | 2005 | 3 |
| Lujan Bravo | Marcial | | | 4077426 | 2002 | 3 |
| Luu | Hong | Ky | | 4124244 | 2003 | 3 |
| Lym | Gi | Yoon | | 2923241 | 1998 | 3 |
| Lynam | Ian | Thomas | | 4239133 | 2004 | 3 |
| Lyons | Alan | David | | 2128007 | 1987 | 3 |
| Lyons | Charles | Keane | | 2983799 | 1999 | 3 |
| La Mond | Deborah | Ellen | | 4013736 | 2002 | 3 |
| Ma | Jun | | | 2901551 | 1998 | 3 |
| Maass | Katharina | | | 4089868 | 2002 | 3 |
| MacBride | Sean | Martin | | 2196996 | 1988 | 3 |

| LAST NAME | FIRST NAME | MIDDLE NAME | SUF | REG ID | YR ADM | DEPT |
|---|---|---|---|---|---|---|
| Macchiaverna | Louis | | | 2922870 | 1998 | 3 |
| Macconi | Monica | | | 2914125 | 1998 | 3 |
| MacDowell | Benjamin | Joseph | | 4321576 | 2005 | 3 |
| Maceda | Ernesto | Perez | Jr. | 2965754 | 1999 | 3 |
| Mactiernan | William | S. | | 1348945 | 1973 | 4 |
| Madhiraju | Praveen | G. | | 4170718 | 2003 | 3 |
| Madziar | Laurie | Jane | | 4219135 | 2004 | 3 |
| Magaril | Paul | | | 2010031 | 1985 | 1 |
| Magdalene | F. | Rachel | | 2078913 | 1986 | 3 |
| Maggio | Janice | Marie Bromley | | 2797231 | 1997 | 3 |
| Maharaj | Ramesh | Laurence | | 3058948 | 2000 | 3 |
| Mahood | Robin | | | 4234456 | 2004 | 3 |
| Mainfeld | Arnon | Mikha | | 4206512 | 2004 | 3 |
| Malgran | George | Richard | Jr. | 2001055 | 1985 | 3 |
| Mali | Meghashyam | | | 4513511 | 2007 | 3 |
| Malik | Mehnaz | | | 4054375 | 2002 | 3 |
| Malish | Michael | Gerald | | 3017639 | 1999 | 3 |
| Malyszek | Theresa | Ann | | 2196160 | 1988 | 3 |
| Maniaci | Piero | V. | | 4494761 | 2007 | 3 |
| Manzini | Nicholas | Andres | | 2012284 | 1985 | 3 |
| Manzione | Lara | Leigh | | 2710036 | 1995 | 3 |
| Marchese | Sean | P. | | 2951986 | 1999 | 3 |
| Marcus | Daniel | Jordan | | 2654671 | 1995 | 3 |
| Marinelli | Scott | Michael | | 4087235 | 2002 | 3 |
| Markowitz | Steven | Daniel | | 4020749 | 2002 | 3 |
| Marnoch | Caroline | M. | | 2263150 | 1989 | 3 |
| Marshall | Andrew | Sean | | 3051570 | 2000 | 3 |
| Marti | Alicia | Liann | | 2887297 | 1998 | 3 |
| Martin | David | OB. | | 1377100 | 1974 | 3 |
| Martin | Quin | Harry | | 2964047 | 1999 | 3 |
| Martins | Mariana | Norton Reis | | 3046976 | 2000 | 3 |
| Maseth | Anne | Gilbert | | 2150340 | 1987 | 3 |
| Massud-Filho | Luis | Chebl | | 4049151 | 2002 | 3 |
| Masumi | Junko | | | 4112199 | 2003 | 3 |
| Mathiasen | Thomas | Dal Stenfeldt | | 4121307 | 2003 | 3 |
| Matsumoto | Kei | | | 4489811 | 2007 | 3 |
| Mattessich | Michael | Anthony | | 3929312 | 2001 | 3 |
| Matthews | Frank | Edward | | 1878925 | 1983 | 3 |
| Maugery | Lorin | | | 4381075 | 2006 | 3 |
| Maurits | Irina | Arkadieuna | | 3906153 | 2000 | 3 |
| Mayes | Laurie | Ann | | 3005840 | 2000 | 3 |
| Mazurowska-Rozdeiczer | Agata | Paulina | | 4305744 | 2005 | 3 |
| McAlister | Darcy | Sloan | | 4186946 | 2003 | 3 |
| McArdle | Kerry | Ann | | 2890028 | 1998 | 3 |

| LAST NAME | FIRST NAME | MIDDLE NAME | SUF | REG ID | YR ADM | DEPT |
|---|---|---|---|---|---|---|
| McCartin | Edward | John | III | 2218246 | 1988 | 3 |
| McCauley | John | William | | 1573906 | 1953 | 3 |
| McCoy | Rikki | D. | | 3965910 | 2001 | 3 |
| McCurdy | Ronald | Russell | | 2804300 | 1997 | 3 |
| McDonald | Edward | D. | | 1926229 | 1984 | 3 |
| McElhinney | Maria | | | 4395794 | 2006 | 3 |
| McElligott | Michael | James | | 4111019 | 2003 | 3 |
| McFadden | Amy | Claudine | | 2970218 | 1999 | 3 |
| McGrath | Terrence | Kevin | | 4011433 | 2002 | 3 |
| McGuire | Melissa | M. | | 1978329 | 1985 | 3 |
| McIntyre | Yayoi | Elaine | | 2608859 | 1994 | 3 |
| McKee | Molly | Shannon | | 4254470 | 2004 | 3 |
| McKeon | Michael | John | | 2949543 | 1999 | 3 |
| McMahon | Cormac | Francis | | 4500260 | 2007 | 3 |
| McNeil | Mary | Beth | | 2388882 | 1991 | 3 |
| McNeill | Kathleen | Marie | | 2758142 | 1996 | 3 |
| McVeigh | Christopher | Joseph | | 2153740 | 1987 | 3 |
| Meade | Marlon | Gerald | | 4487831 | 2007 | 3 |
| Meamber | Richard | Brandon | | 2962371 | 1999 | 3 |
| Meeus | Luc | August Renilde | | 2969889 | 1999 | 3 |
| Meier | Robert | Paul | | 3056843 | 2000 | 3 |
| Meiner | Michele | Julie | | 2765444 | 1996 | 3 |
| Mejia | Juan | Enrique | | 2412591 | 1991 | 3 |
| Mekles | David | Ivan | | 2981918 | 1999 | 3 |
| Melius | Jill | Elizabeth | | 2368538 | 1990 | 3 |
| Mellas | Lisa | | | 2490415 | 1992 | 3 |
| Mellish | Jennifer | Lynne | | 4334710 | 2005 | 3 |
| Mendelowitz | Mark | J. | | 1981059 | 1982 | 3 |
| Meng | Louis | Fang-Lin | | 2657419 | 1995 | 3 |
| Meno | Richard | A. | | 1983782 | 1985 | 3 |
| Mermelstein | Deborah | | | 2998664 | 1999 | 3 |
| Mesika | Yael | | | 4220745 | 2004 | 3 |
| Michaels | Mary | Melissa | | 2742039 | 1996 | 3 |
| Mientakevitch | Sahar | | | 3031085 | 2000 | 3 |
| Mikin | Marko | | | 4337150 | 2005 | 3 |
| Milbredt | Frederick | W. | | 2474369 | 1955 | 2 |
| Millea | James | S. | | 1348937 | 1974 | 3 |
| Miller | Donna | Francomano | | 2426997 | 1991 | 3 |
| Miller | Lowell | Scott | | 2613701 | 1994 | 3 |
| Millington | William | Watrous | | 1633833 | 1953 | 3 |
| Min | Una | | | 4030300 | 2002 | 3 |
| Mironova | Anna | Germanova | | 4070850 | 2002 | 3 |
| Mirza | Syma | | | 4471348 | 2007 | 3 |

| LAST NAME | FIRST NAME | MIDDLE NAME | SUF | REG ID | YR ADM | DEPT |
|---|---|---|---|---|---|---|
| Miyazaki | Hiroko | | | 4285839 | 2005 | 3 |
| Modak | Abhijit | | | 2547859 | 1993 | 3 |
| Mody | Ankur | | | 4070405 | 2002 | 3 |
| Mohapatra | Lokanath | | | 3986494 | 2001 | 3 |
| Momodu | Lawal | Freedom | | 2900900 | 1998 | 3 |
| Montague | James | | | 2875839 | 1998 | 3 |
| Morales Alvarez | Hernan | | | 2189694 | 1988 | 3 |
| Moran | Michael | Andrew | | 4351052 | 2005 | 3 |
| Moran | Natalie | Lucille | | 3932290 | 2001 | 3 |
| Morano | Christopher | James | | 2388643 | 1991 | 3 |
| Morano | Joseph | Richard | | 2355196 | 1990 | 3 |
| Morasse | Raymond | Peter | | 4255873 | 2004 | 3 |
| Morgan | James | Evan | | 2566503 | 1993 | 3 |
| Morris | Stephen | William | | 4131231 | 2003 | 3 |
| Moses | Mary | Helen | | 2336055 | 1990 | 3 |
| Moss | Helen | Rachel | | 4310439 | 2005 | 3 |
| Moss | Kelly | R. | | 4383964 | 2006 | 3 |
| Mulkeen | John | Robert | | 2986214 | 1999 | 3 |
| Mumola | Michael | D. | | 4143400 | 2003 | 3 |
| Mundt | George | J. | | 1119056 | 1964 | 3 |
| Muniz | Joaquim | Tavares Depaiva | | 3064482 | 2000 | 3 |
| Murray | Daniel | Patrick | | 2246064 | 1989 | 3 |
| Murray | John | Arthur | | 4049904 | 2002 | 3 |
| Murray | Joseph | George | | 3055662 | 2000 | 3 |
| Muzaffar | Faiza | | | 4289872 | 2005 | 3 |
| Na | Hong | Yeol | | 4345344 | 2005 | 3 |
| Na | Youngsoog | | | 4328746 | 2006 | 3 |
| Nakamoto | Mitsuhiko | | | 4522603 | 2007 | 3 |
| Nam | Pan | Woo | | 4329587 | 2005 | 3 |
| Nara | Zuhair | Fouad | | 4077350 | 2002 | 3 |
| Narayanan | Mala | S. | | 2736205 | 1996 | 3 |
| Nash | Lena | Eliese | | 4517736 | 2007 | 3 |
| Nebreda Marquez | Julian | J. | | 2467884 | 1992 | 3 |
| Nega | Messeret | | | 3973245 | 2001 | 3 |
| Negraiff | Cameron | George | | 4143202 | 2003 | 3 |
| Negusse | Fesseha | | | 4264297 | 2004 | 3 |
| Nelson | Margaret | Jeanne | | 2861243 | 1997 | 3 |
| Nemazie | Francis | Andrew | | 2080778 | 1986 | 3 |
| Nenninger | Kyle | Edward | | 3036415 | 2000 | 3 |
| Nephew | Brad | Daniel | | 4202511 | 2004 | 3 |
| Nesson | Rebecca | Nancy | | 4080743 | 2002 | 3 |
| Neugebauer | Elisabeth | | | 4420774 | 2006 | 3 |
| Newman | Linda | Haley | | 2068575 | 1986 | 3 |
| Newton | Monica | Danielle | | 4106373 | 2003 | 3 |
| Ng | Man-Yuen | | | 3927472 | 2001 | 3 |

| LAST NAME | FIRST NAME | MIDDLE NAME | SUF | REG ID | YR ADM | DEPT |
|---|---|---|---|---|---|---|
| Ng | Paul | Wei-Han | | 4081774 | 2002 | 3 |
| Nguyen | Trinh | Xuan | | 4131249 | 2003 | 3 |
| Ni | Jihui | | | 4320123 | 2005 | 3 |
| Nichols | Robert | John | | 1893015 | 1983 | 3 |
| Nicholson | Jeffrey | James | | 3060233 | 2000 | 3 |
| Nicholson | Joseph | Francis | | 2373140 | 1991 | 2 |
| Nicodemus | Eric | Joseph | | 4157319 | 2003 | 3 |
| Nigam | Maneesha | | | 4236451 | 2004 | 3 |
| Nigro | Angelo | Michele | | 2980480 | 1999 | 3 |
| Niu | Fenngguo | | | 4036745 | 2002 | 3 |
| Niv | Ornit | Miriam | | 4174520 | 2003 | 3 |
| Njoku | Ngozi | Akunna | | 2774594 | 1996 | 3 |
| Nkwontz | Ijeoma | Marilynn | | 4483822 | 2007 | 3 |
| Noble | David | Michael | | 4127197 | 2003 | 3 |
| Noda | Tetsuyuki | | | 4324653 | 2005 | 3 |
| Nolan | Michael | Kevin | | 2772846 | 1996 | 3 |
| Nolasco | Paz | R. | | 1831601 | 1982 | 3 |
| Noonan | Shari | Greenfield | | 2773422 | 1996 | 3 |
| Norris | Richard | A. | | 2008332 | 1985 | 3 |
| Novello | Carolyn | Meltzer | | 3057270 | 2000 | 3 |
| Novick | Mitchell | Perry | | 1867480 | 1982 | 3 |
| Nuckols | Mark | Lindsay | | 4134888 | 2003 | 3 |
| Nye | Amanda | L. | | 1913318 | 1984 | 3 |
| O'Callaghan | Cliodhna | Marie | | 4337143 | 2005 | 3 |
| O'Connor | Caroline | Mary | | 4170742 | 2003 | 3 |
| O'Connor | Donnacha | Eoin | | 4040804 | 2002 | 3 |
| O'Neill | Charles | Francis | | 2814556 | 1997 | 3 |
| O'Reilly | Alessandra | Lais | | 2851756 | 1997 | 3 |
| O'Rourke | Francis | Christopher | | 2993889 | 1999 | 3 |
| O'Sullivan | Jeremiah | John | | 2525269 | 1993 | 3 |
| O'Toole | Eileen | | | 3895299 | 2000 | 3 |
| Obonyo | Caroline | | | 4436234 | 2006 | 3 |
| O'Donnell | Vincent | Terry | | 1347426 | 1967 | 4 |
| Ofer | Ehud | | | 4175097 | 2003 | 3 |
| Oh | Changseok | | | 3005220 | 2000 | 3 |
| Oh | Seung | Jin | | 4303335 | 2005 | 3 |
| Oh | Sooyong | | | 4150454 | 2003 | 3 |
| Oh | Won | Ken | | 3932142 | 2001 | 2 |
| Oh | Yoon | | | 4027710 | 2002 | 3 |
| Oketunji | Olufisayo | Pelumi | | 4513578 | 2007 | 3 |
| Olafson | Thomas | Andrew | | 2554921 | 1993 | 3 |
| Oleary | Michael | Dennis | | 1737832 | 1981 | 3 |
| Olsen | Philip | Stewart | | 4396388 | 2006 | 3 |
| Oltarzewski | Mary | Jane | | 2639532 | 1994 | 3 |
| Omoigui | Eghosa | Dominic | | 2713428 | 1995 | 3 |

| LAST NAME | FIRST NAME | MIDDLE NAME | SUF | REG ID | YR ADM | DEPT |
|---|---|---|---|---|---|---|
| Oncu | Melike | Suna | | 2894541 | 1998 | 3 |
| Ongkowidagdo | Imelda | | | 4197349 | 2004 | 3 |
| Oppenheimer | Mark | V. | | 1831015 | 1982 | 3 |
| Orange | Carlton | Wayne | | 2837904 | 1998 | 3 |
| Orbe | Rolando | | | 1688506 | 1980 | 3 |
| Orenyo | Charles | Robert | | 2268415 | 1989 | 3 |
| Orija | Bola | Isabella | | 4260782 | 2004 | 3 |
| Oshima | Masahiro | | | 4241006 | 2004 | 3 |
| Oslick | Marci | Lynn | | 2384741 | 1991 | 3 |
| Ostroskey | Rochelle | F. | | 3006368 | 2000 | 3 |
| Ottilio-Maggio | Catherine | Roseann | | 3891306 | 2000 | 3 |
| Ottinger | Nina | Ruth | | 2917599 | 1998 | 3 |
| Owusu-Fordwouh | Ellison | Kwame | | 4324885 | 2005 | 3 |
| Oyolola | Eyitope | Akingbade | | 3991973 | 2001 | 3 |
| Paik | Son-U | | | 3028446 | 2000 | 3 |
| Paisner | Eric | Jay | | 4426193 | 2006 | 3 |
| Pak | Sang | Son | | 4254215 | 2004 | 3 |
| Palau | Juan | Carlos | | 4177432 | 2003 | 3 |
| Palm | Charles | E. | | 1658095 | 1967 | 3 |
| Palmer | Beth | Rebecca | | 4122818 | 2002 | 3 |
| Pan | Lidong | | | 4534913 | 2007 | 3 |
| Pan | Yong | | | 4090072 | 2002 | 3 |
| Panchal | Nita | Marie | | 2868784 | 1998 | 3 |
| Panico | Kellylyn | | | 2471027 | 1992 | 3 |
| Panourgias | Lazaros | E. | | 3009149 | 1999 | 3 |
| Pantaleo | Danielle | Nicole | | 3991064 | 2001 | 3 |
| Papadopoulos | Karen | | | 4293841 | 2005 | 3 |
| Pappas | Alexander | George | | 4203790 | 2004 | 3 |
| Pardi | Luca | | | 4248886 | 2004 | 3 |
| Parga Vazquez | Claudia | Teresa | | 4313698 | 2005 | 3 |
| Park | Dong-Sil | | | 4070694 | 2002 | 3 |
| Park | Hyung | Gun | | 2997518 | 1999 | 3 |
| Park | Jin | Wook | | 4201802 | 2004 | 3 |
| Park | Jong-Bo | | | 4029336 | 2002 | 3 |
| Park | Jonglim | | | 4468096 | 2007 | 3 |
| Park | Kyung | Jae | | 1843143 | 1983 | 3 |
| Park | Seunghwan | | | 3991643 | 2001 | 3 |
| Park | Soojong | | | 4285300 | 2005 | 3 |
| Park | Sung | Eyip | | 2672194 | 1995 | 3 |
| Park | Woong | | | 4275939 | 2004 | 3 |
| Parker | Steven | Clifford | | 2780765 | 1996 | 3 |
| Parker McAndrew | Christa | | | 3047339 | 2000 | 3 |
| Parlamis | Franklin | Michael | | 2895340 | 1998 | 3 |
| Parsigian | Carol | Isabele | | 2674513 | 1995 | 3 |
| Parsons | Mark | Landon | | 3934742 | 2001 | 3 |
| Parsons | Noble | Lawrence | | 4477832 | 2007 | 3 |

| LAST NAME | FIRST NAME | MIDDLE NAME | SUF | REG ID | YR ADM | DEPT |
|---|---|---|---|---|---|---|
| Patel | Anjali | R. | | 4468765 | 2007 | 3 |
| Patiala | Katja | Maria | | 4142667 | 2003 | 3 |
| Paul | Kevin | Louis | | 4155685 | 2003 | 3 |
| Paul | Margarita | Christine | | 4149886 | 2003 | 3 |
| Paul | Roxanne | Natasha Joan | | 4116844 | 2003 | 3 |
| Payne | Thomas | Francis | | 2417921 | 1991 | 3 |
| Peck | Daniel | Farnum | Jr. | 2117737 | 1987 | 3 |
| Pejo | Salvador | Penado | | 2021541 | 1985 | 3 |
| Pellegrino | Albert | Marcus | | 1599323 | 1972 | 3 |
| Pelletreau | Elizabeth | Anne | | 4029435 | 2002 | 3 |
| Pena Giraldi | Daniel | | | 4346995 | 2005 | 3 |
| Pendergast | Erin | Elizabeth | | 4029484 | 2002 | 3 |
| Pennington | Lara | Brett | | 2815611 | 1997 | 3 |
| Pepas | Maria | Teresa | | 4162889 | 2003 | 3 |
| Pepitone | Keriann | | | 4484259 | 2007 | 3 |
| Pera | Lars-Uwe | | | 2634970 | 1994 | 3 |
| Peralta | Roberto | | | 3896495 | 2000 | 3 |
| Peremes | Nancy | Ellen | | 2231058 | 1988 | 3 |
| Perez | Alfredo | M. | | 2667210 | 1980 | 3 |
| Perez | Carlos | E | | 4304341 | 2005 | 3 |
| Perez | Pedro | Manuel | | 4110979 | 2003 | 3 |
| Perez-Drace | Myrna | | | 4089553 | 2002 | 3 |
| Perla | Yair | Tzvi | | 4087433 | 2002 | 3 |
| Perron | Jeffrey | Paul | | 4243465 | 2004 | 3 |
| Perron | Regina | Novak | | 3945383 | 2001 | 3 |
| Perun | William | Dimitri | Jr. | 2603736 | 1994 | 3 |
| Peterson | Jonathan | Randall | | 2770485 | 1996 | 3 |
| Pettenati | Jean | K. | | 2156412 | 1984 | 3 |
| Philipp | Birgit | Susanne | | 2250348 | 1989 | 3 |
| Phillabaum | Jason | Richard | | 4027355 | 2002 | 3 |
| Piccin | Raymond | Anthony | | 2984813 | 1999 | 3 |
| Piontkouskyy | Sergiy | Volodymyrovych | | 3897956 | 2000 | 3 |
| Pless | Alexander | Michael | | 3018744 | 1999 | 3 |
| Plumadore | Richard | Henry | | 4167193 | 2003 | 3 |
| Pockrandt | Astrid | | | 4100343 | 2003 | 3 |
| Podlas | James | Joseph | | 2299097 | 1989 | 3 |
| Pohlenz | Julius | | | 2707818 | 1995 | 3 |
| Polen | William | J. | | 1442961 | 1954 | 3 |
| Polito | Andrew | S. | | 1819879 | 1982 | 3 |
| Pollock | Aaron | Benjamin | | 4001715 | 2001 | 3 |
| Pommer | Sieglinde | Elisabeth | | 4413613 | 2006 | 3 |
| Popescu-Falticeni | Ileana | | | 4120192 | 2003 | 3 |
| Powell | Renita | Susie | | 4487286 | 2007 | 3 |
| Powers | Brian | Eugene | | 2261071 | 1989 | 3 |

| LAST NAME | FIRST NAME | MIDDLE NAME | SUF | REG ID | YR ADM | DEPT |
|---|---|---|---|---|---|---|
| Price | James | Philip | | 4173985 | 2003 | 3 |
| Price | Jeremy | Stephen | | 4354411 | 2005 | 3 |
| Price | Nicole | G. | | 2946192 | 1999 | 3 |
| Prieto | Mariana | | | 2782746 | 1996 | 3 |
| Prigge | Norbert | Johann | | 2662625 | 1995 | 3 |
| Primo | Maor | | | 4064994 | 2002 | 3 |
| Pritchard | John | Lawrence | | 1992924 | 1985 | 3 |
| Pruitt | Renee | Colette | | 2638054 | 1994 | 3 |
| Pryor | Peter | Malachia | | 1266295 | 1954 | 3 |
| Puckett | Blake | Kendall | | 4000907 | 2001 | 3 |
| Puig | Leonardo | | | 2150738 | 1987 | 3 |
| Puskar | Janette | Marie | | 2960870 | 1999 | 3 |
| Puzniak | Janusz | Zbigniew | | 4445847 | 2006 | 3 |
| Qazi | Asad | Ali | | 4422036 | 2006 | 3 |
| Quartarone | Erica | T. | | 2800142 | 1997 | 3 |
| Quartey | Gyan | | | 3042744 | 2000 | 3 |
| Quigley | Connor | Ciaran | | 4170197 | 2003 | 3 |
| Quinn | Justine | Rosanna | | 4519591 | 2007 | 3 |
| Quraishi | Naveed | Alam | | 4335782 | 2005 | 3 |
| Racic | Milan | Angelo | | 2726735 | 1996 | 3 |
| Ragan | Philip | Anthony | | 4165320 | 2003 | 3 |
| Ragnarsson | Asgeir | A. | | 2984391 | 1999 | 3 |
| Raiford | Wanda | Sybil | | 2547743 | 1993 | 3 |
| Rako | Jennifer | Sarah | | 2628980 | 1994 | 3 |
| Ramangkura | Varamon | | | 4202065 | 2004 | 3 |
| Ramirez | Lillian | | | 4134797 | 2003 | 3 |
| Ramsay | Sharon | Lynn | | 2464436 | 1992 | 3 |
| Ramsey | Alison | Blake | | 2203867 | 1988 | 3 |
| Ramsey | Laura | Critchley | | 2248128 | 1989 | 3 |
| Ramsey | Wendle | Scott | | 2993731 | 1999 | 3 |
| Rannells | John | Milton | Jr. | 2119543 | 1987 | 3 |
| Rao | Supriya | | | 4237491 | 2004 | 3 |
| Rath | Meshulam | Maximilian | | 2015519 | 1985 | 3 |
| Ray | Matthew | Allen | | 4007183 | 2001 | 3 |
| Rea | Angela | Marie | | 4150504 | 2003 | 3 |
| Reardon | Kathryn | Mary | | 4354569 | 2005 | 3 |
| Rebotunova | Yevgenia | | | 4072013 | 2002 | 3 |
| Reddy | Vivek | | | 4451654 | 2006 | 1 |
| Redel | Jan-Christian | | | 4140703 | 2003 | 3 |
| Regavim | Jade | | | 4496477 | 2007 | 3 |
| Regehr | Preston | Collet | | 2186377 | 1988 | 3 |
| Rehany | Alon | Shalom | | 4428231 | 2006 | 3 |
| Reid | Eliot | Palmer | | 4468328 | 2007 | 3 |
| Reid | Mary | Elizabeth | | 2885937 | 1998 | 3 |
| Reimer | Michael | J. | | 2017986 | 1985 | 3 |

| LAST NAME | FIRST NAME | MIDDLE NAME | SUF | REG ID | YR ADM | DEPT |
|---|---|---|---|---|---|---|
| Rendeiro | Richard | Rice | | 2048072 | 1986 | 3 |
| Reveco | Ricardo | A. | | 4498564 | 2007 | 3 |
| Revel | David | | | 4035374 | 2002 | 3 |
| Reyes | Mark | | | 3999471 | 2001 | 3 |
| Reyes | Zenaida | Santos | | 2287654 | 1989 | 3 |
| Reynolds | Donald | P. | | 1674050 | 1961 | 3 |
| Rhee | Woo-Young | | | 2945657 | 1999 | 3 |
| Rho | Raymond | Jonathan | | 3028370 | 2000 | 3 |
| Richards | David | James | | 3906195 | 2000 | 3 |
| Richter | Mark | | | 2948578 | 1999 | 3 |
| Richter | Matthew | Fitzgerald | | 4355814 | 2005 | 3 |
| Ricigliano | Joseph | | Jr. | 2406536 | 1991 | 3 |
| Ricigliano | Lauren | Elizabeth | | 4431656 | 2006 | 3 |
| Rim | Kweon | Heui | | 4060497 | 2002 | 3 |
| Riordan | Judith | Olivia | | 4122958 | 2003 | 3 |
| Riordan | Michelle | Hart | | 3941978 | 2001 | 3 |
| Ripchick | Jonathan | Adam | | 2720779 | 1996 | 3 |
| Riviere | Isabelle | Barbara | | 4019832 | 2002 | 3 |
| Rizzello | Gianni | | | 3039963 | 2000 | 3 |
| Rizzo | Lawrence | Patrick | | 2317923 | 1990 | 3 |
| Ro | David | Ouk | | 4491262 | 2007 | 3 |
| Roberts | Gary | Ray | | 4225116 | 2004 | 3 |
| Roberts | Norman | Anthony | | 2624401 | 1994 | 3 |
| Roberts | Thomas | Edwin | | 4154993 | 2003 | 3 |
| Robinson | Jennifer | O. | | 2886000 | 1998 | 3 |
| Robinson | Lisa | Marie | | 2819175 | 1997 | 3 |
| Roch | Michael | Hans Peter | | 4243440 | 2004 | 3 |
| Rodgers | David | Paul | | 2359966 | 1990 | 3 |
| Rodgon | Jack | Irving | | 2777118 | 1996 | 3 |
| Rogers | Elen | Ivorian | | 2703452 | 1995 | 3 |
| Rogers | Nathaniel | Brishen | | 4466108 | 2007 | 3 |
| Rogers | William | Taylor | | 2545796 | 1993 | 3 |
| Romano | Carolyn | Ann | | 2686608 | 1995 | 3 |
| Romano | Catherine | R. | | 2890366 | 1998 | 3 |
| Romano | Frank | A. | | 4345740 | 2005 | 3 |
| Romano | Michelle | Lee | | 4529343 | 2007 | 3 |
| Rosecrance | Barbara | Benjamin | | 2110369 | 1987 | 3 |
| Rosen | Kim | Charles | | 4319042 | 2005 | 3 |
| Rosenblatt | Phillip | | | 2575363 | 1993 | 3 |
| Rosenstein | Arnold | | | 2216117 | 1950 | 3 |
| Rosental | Diego | Ariel | | 4019691 | 2002 | 3 |
| Ross | Constance | Yvonne | | 2573798 | 1993 | 3 |
| Roth | Eugene | | | 1249861 | 1979 | 3 |
| Roth | Jeffrey | | | 2839280 | 1997 | 3 |
| Rothman | Steven | L. | | 1994433 | 1985 | 3 |
| Rotman | Scott | Randall | | 2762391 | 1996 | 3 |

| LAST NAME | FIRST NAME | MIDDLE NAME | SUF | REG ID | YR ADM | DEPT |
|---|---|---|---|---|---|---|
| Rottura | Amy | Marie | | 4120424 | 2003 | 3 |
| Rozansky | Allen | Edward Frick | | 4431649 | 2006 | 3 |
| Rozdeiczer-Kryszkowski | Lukasz | | | 4305736 | 2005 | 3 |
| Rubenstein | Alan | D. | | 2332054 | 1990 | 3 |
| Rubenstein | Alan | Steven | | 2504645 | 1992 | 3 |
| Rubin | Paul | Charles | | 1909910 | 1983 | 3 |
| Rubin | Scott | Neil | | 2360105 | 1990 | 3 |
| Rubinovitz | Susan | Crews | | 2203701 | 1988 | 3 |
| Ruchandani | Nandita | Parshotam | | 2657955 | 1995 | 3 |
| Ruge | Daniel | | | 1195742 | 1975 | 3 |
| Rulli | Donna | Gail | | 2771962 | 1997 | 3 |
| Russell | Sally | Conner | | 2255164 | 1989 | 3 |
| Rweyemamu | Marilyn | Mkiwa | | 4524914 | 2007 | 3 |
| Ryan | Charles | W. | Jr. | 2047348 | 1965 | 3 |
| Ryan | Daniel | Edmond | III | 2471803 | 1992 | 3 |
| Ryan | Kevin | Michael | | 4373304 | 2006 | 3 |
| Ryan | Thomas | John | | 4252847 | 2004 | 3 |
| Ryou | Dongkeun | | | 4308276 | 2005 | 3 |
| Ryu | Hyunju | | | 4487518 | 2007 | 3 |
| Sadowski | Joseph | James | | 2159812 | 1987 | 3 |
| Sagner | Robert-Paul | | | 3974896 | 2001 | 3 |
| Said | Mufeed | Wadie | | 4307666 | 2005 | 3 |
| Saitoh | Takayuki | | | 2250504 | 1989 | 3 |
| Salemi | John | | | 2436343 | 1991 | 3 |
| Saltzman | David | Michael | | 3934882 | 2001 | 3 |
| Salvador | Orlando | Lapitan | | 2012797 | 1985 | 3 |
| Sam-Kubam | John | Akumbom | | 4276192 | 2004 | 3 |
| Samels | Stephen | C. | | 1305879 | 1964 | 3 |
| Sammer Behn | Robin | N. | | 3893013 | 2000 | 3 |
| Samson | Edward | Stringer | | 2280360 | 1989 | 3 |
| Sanangelo | Mark | Francis | | 2985281 | 1999 | 3 |
| Sandoval | Enrico | Bonilla | | 4202396 | 2004 | 3 |
| Sangoul | Sayeh | | | 3034618 | 2000 | 3 |
| Sankaramangalam | Thomas | Mammen | | 4160792 | 2003 | 3 |
| Santora | Raymond | Vincent | | 2524668 | 1993 | 3 |
| Sapiro | David | M. | | 1881697 | 1983 | 3 |
| Sasaki | Masato | | | 4050332 | 2002 | 3 |
| Sauer | Richard | H. | | 2436038 | 1991 | 3 |
| Sauvel | Sandrine | | | 4001251 | 2001 | 3 |
| Savino | Angela | | | 4249967 | 2004 | 3 |
| Savitch | Jonathan | Alexander | | 2906477 | 1998 | 3 |
| Scarlatelli | Adam | Willard | | 3961083 | 2001 | 3 |
| Scelza | Ronald | William | | 1879220 | 1983 | 3 |
| Schaefer | Gunhild | Sibylle | | 2699577 | 1995 | 3 |

| LAST NAME | FIRST NAME | MIDDLE NAME | SUF | REG ID | YR ADM | DEPT |
|---|---|---|---|---|---|---|
| Schaffer | Scott | Lawrence | | 2180412 | 1988 | 3 |
| Schannen | Richard | L. | | 3060852 | 2000 | 3 |
| Schapiro | Susan | Freeman | | 1253988 | 1964 | 3 |
| Schlansker | Robert | A. | | 1328541 | 1979 | 3 |
| Schloemann | Hannes | Leonard | | 2914802 | 1998 | 3 |
| Schubert | Claudia | | | 4336368 | 2005 | 3 |
| Schueler | Stephen | G. | | 1801851 | 1982 | 3 |
| Schuster | Hillel | M. | | 3065448 | 2000 | 3 |
| Schwartz | Andy | | | 4194023 | 2002 | 3 |
| Schwartz | H. | David | | 2683340 | 1995 | 3 |
| Schwartz | Jeffrey | Allen | | 2548857 | 1993 | 3 |
| Schweickert | Adam | G. | III | 4054508 | 2002 | 3 |
| Scibetta | Maria | Ann | | 2656833 | 1995 | 3 |
| Scofield | Robert | Alan | | 2942100 | 1999 | 3 |
| Scott | Ronald | Ray | | 4358297 | 2005 | 3 |
| Scutari | Nicholas | Paul | | 2593994 | 1994 | 3 |
| Sehdev | Nalini | | | 2629533 | 1994 | 1 |
| Seng | Theary | Chan | | 4314597 | 2005 | 3 |
| Seo | Deok | | II | 4060307 | 2002 | 3 |
| Serbinowski | Paul | Alan | | 4174413 | 2003 | 3 |
| Shachar | Amir | | | 4442133 | 2006 | 3 |
| Shah | Sital | Jasvant | | 2941235 | 1999 | 3 |
| Shankraiyan | Rahul | Dev | | 4253688 | 2004 | 3 |
| Shannon | William | Edward | | 2917714 | 1998 | 3 |
| Shao | Ching-Ping | | | 4204145 | 2004 | 3 |
| Shapiro | Jane | Sara | | 2154359 | 1987 | 3 |
| Sharma | Monica | Danielle | | 4232468 | 2004 | 3 |
| Shastry | Nilay | Kaushik | | 3981651 | 2001 | 3 |
| Shaw | Joseph | Myles Gerard | | 2811362 | 1997 | 3 |
| Shefet | Joseph | C. | | 2017432 | 1985 | 3 |
| Sheldon | R. | Douglas | Jr. | 2453454 | 1992 | 3 |
| Shell | Kimberly | Gould | | 2930519 | 1998 | 3 |
| Shelton | Edward | Scott | | 2796381 | 1997 | 3 |
| Sheng | Hua | | | 3931102 | 2001 | 3 |
| Sherafat | Shiva | | | 4023313 | 2002 | 3 |
| Sheridan | Barbara | S. | | 2709590 | 1995 | 3 |
| Sherman | Ezra | Gavriel | | 2536340 | 1993 | 3 |
| Shiell | Warren | Robert | | 2464147 | 1992 | 3 |
| Shin | Hwa Young | | | 2885820 | 1998 | 3 |
| Shin | Man | Joong | | 4260584 | 2004 | 3 |
| Shin | Susan | Soo-Hyun | | 4170403 | 2003 | 3 |
| Shin | Yoo-Chul | | | 3989092 | 2005 | 3 |
| Shon | Hongkee | | | 4204301 | 2004 | 3 |
| Shramenko | Andre | | | 2944429 | 1999 | 3 |

| LAST NAME | FIRST NAME | MIDDLE NAME | SUF | REG ID | YR ADM | DEPT |
|---|---|---|---|---|---|---|
| Shulman | Michael | Aaron | | 4352134 | 2005 | 3 |
| Shulman | Michael | D. | | 1760610 | 1982 | 3 |
| Sickinger | Robert | John | | 2692333 | 1995 | 3 |
| Siemens | Wolfram | Reinhard | | 2848620 | 1997 | 3 |
| Signore | Eva | | | 2824969 | 1997 | 3 |
| Silberstein | Daniel | Paul | | 2840601 | 1997 | 3 |
| Silverman | David | H. | | 2229896 | 1988 | 3 |
| Silverman | Phillip | Barry | | 3996097 | 2001 | 3 |
| Silverman | Rik | Peter | | 4196689 | 2004 | 3 |
| Silverman | Samuel | Brown | | 2500544 | 1992 | 3 |
| Sim | Sze | Kuan | | 4523742 | 2007 | 3 |
| Singer | Jeremy | Michael | | 2994192 | 1999 | 3 |
| Singh | Deepa | | | 3970746 | 2001 | 3 |
| Singh | Juhi | | | 4075891 | 2002 | 3 |
| Singhota | Emily | Amrit | | 2996437 | 1999 | 3 |
| Singleton | Lucille | V. | | 1279454 | 1952 | 3 |
| Sinins | Scott | Matthew | | 2866929 | 1998 | 3 |
| Sisson | Edward | Hawkins | | 2470813 | 1992 | 3 |
| Slates | Michael | D. | | 2216265 | 1988 | 3 |
| Slaughter | Matthew | Michael | | 4199873 | 2004 | 4 |
| Sliwinski | Robert | Andrew | | 2915627 | 1998 | 3 |
| Sloane | Karen | Lisa | | 2713642 | 1995 | 3 |
| Slutzky | Jeffrey | Leonard | | 3055407 | 2000 | 3 |
| Smith | Brennan | Peter | | 4465621 | 2007 | 3 |
| Smith | Carlos | B.Z. | | 2903102 | 1998 | 3 |
| Smith | George | Emmett | | 1408038 | 1956 | 1 |
| Smith | Richard | Jean | | 4077301 | 2002 | 3 |
| Smith | Robin | Moorefield | | 4165759 | 2003 | 3 |
| Smith | Sean | Edward | | 4035036 | 2002 | 3 |
| Smith | Sky | E. | | 2209674 | 1988 | 3 |
| Smolin | David | Michael | | 2596609 | 1994 | 3 |
| Snyder | Heidi | Lorraine | | 2975076 | 1999 | 3 |
| Soave | Francis | Nicholas | | 2196194 | 1988 | 3 |
| Sochaczevski | Michael | Paul | | 2890929 | 1998 | 3 |
| Sofat | Ruchi | | | 4005849 | 2001 | 3 |
| Sohmer | Stephen | Michael | | 2724789 | 1996 | 3 |
| Sohn | Charles | | | 4383238 | 2006 | 3 |
| Solari | Robert | Andrew | | 2280253 | 1989 | 3 |
| Solomon | Naomi | Fiona | | 4532180 | 2007 | 3 |
| Son | Sungrak | | | 4326575 | 2005 | 3 |
| Song | Sany | Kyu | | 4423000 | 2006 | 3 |
| Song | Seongkwon | | | 4269924 | 2004 | 3 |
| Song | Young | Mo | | 4021770 | 2002 | 3 |
| Spaer | Arnold | | | 2360774 | 1991 | 3 |
| Sparks | Benjamin | A. | | 4155529 | 2003 | 3 |
| Specht | William | Neville | | 4107736 | 2003 | 3 |

| LAST NAME | FIRST NAME | MIDDLE NAME | SUF | REG ID | YR ADM | DEPT |
|---|---|---|---|---|---|---|
| Spiro | Walter | M.B. | | 1973007 | 1985 | 3 |
| Spreckelmeyer | Johannes | | | 4217758 | 2004 | 3 |
| St John | Ian | Brock | | 4221768 | 2004 | 3 |
| Stafford | Charles | Ronald | Jr. | 2965960 | 1999 | 3 |
| Stalla-Bourdillon | Sophie | | | 4226825 | 2004 | 3 |
| Stanley | Tremain | Lee | | 3895976 | 2000 | 3 |
| Stanton | Holly | Anne | | 2797553 | 1997 | 3 |
| Stanziale | Charles | A. | Jr. | 1936889 | 1984 | 3 |
| Starace | Jacqueline | | | 2546539 | 1990 | 3 |
| Starostecki | Andrew | P. | | 1373893 | 1975 | 3 |
| Starr | Ivar | Miles | | 2222859 | 1988 | 3 |
| Staszko | Edward | Louis | | 4415675 | 2006 | 3 |
| Steele | Johan | Alexandria | | 2918084 | 1998 | 3 |
| Stefandl | Margaret | Skarbek | | 4267514 | 2004 | 3 |
| Steffe | Juliette | Michelle | | 2692705 | 1995 | 3 |
| Stein | Lynn | Ernest | | 1347780 | 1975 | 3 |
| Steiner | Valerie | | | 3950755 | 2001 | 3 |
| Stephens | Rhonda | Evelyn Pope | | 4045001 | 2001 | 3 |
| Stepton | Tamara | | | 2349595 | 1990 | 3 |
| Stewart | Gary | Andre | | 4036265 | 2002 | 3 |
| Stoller | Stacy | Robbin | | 2834083 | 1997 | 3 |
| Stone | Roger | Alan | | 2566735 | 1993 | 3 |
| Stovall | James | | | 3066164 | 2000 | 3 |
| Stradtman | Robert | William | | 4123873 | 2003 | 3 |
| Stubbs | Richard | U. | Jr. | 2813905 | 1997 | 3 |
| Stutzke | Amy | Elizabeth | | 4351714 | 2005 | 3 |
| Suda | Hiroyuki | | | 4259305 | 2004 | 3 |
| Sugano | Hiroto | | | 3977543 | 2001 | 3 |
| Suh | Sang | Myun | | 4308763 | 2005 | 3 |
| Suh | Seong Ho | | | 4164406 | 2003 | 3 |
| Suhr | Young-Hwa | | | 2887354 | 1998 | 3 |
| Suleman | Nigar | Suroor | | 4319257 | 2005 | 3 |
| Sullivan | Joseph | Anthony | | 2215515 | 1988 | 3 |
| Sullivan | Michael | Todd | | 2662088 | 1995 | 3 |
| Sullivan | Terry | | | 1946839 | 1984 | 3 |
| Sun | Chi | | | 2975068 | 1999 | 3 |
| Sun | Paocheng | | | 4346920 | 2005 | 3 |
| Sung | Jin | Kyung | | 4051413 | 2002 | 3 |
| Sussman | Adam | Lawrence | | 2858538 | 1998 | 3 |
| Sutphen | David | A. | | 2955607 | 1999 | 3 |
| Sutton | Dawn | Rochelle | | 2782894 | 1996 | 3 |
| Sutton-Simanski | Sandra | Jean | | 2682672 | 1995 | 3 |
| Swanson | Katharine | Marie | | 4021333 | 2002 | 3 |
| Sweeney | John | Lawrence | | 2402659 | 1991 | 3 |
| Sweeney | Laura | Marie | | 2628022 | 1994 | 3 |
| Sweeney | Morna | Lea | | 2431641 | 1991 | 3 |

| LAST NAME | FIRST NAME | MIDDLE NAME | SUF | REG ID | YR ADM | DEPT |
|---|---|---|---|---|---|---|
| Sweeney | Robert | John | | 4008645 | 2002 | 3 |
| Sweet | Michelle | Anne | | 4354825 | 2005 | 3 |
| Syed | Nayeem | Ahmed | | 4094488 | 2002 | 3 |
| Symons | Lloyd | Eric | | 4033015 | 2002 | 3 |
| Szikla | Anna | | | 4087557 | 2002 | 3 |
| Tabibzadegan | Shahram | | | 2983674 | 1999 | 3 |
| Taggart | Annmarie | | | 2927721 | 1998 | 3 |
| Tajan | Janice | Cheng | | 4439741 | 2006 | 3 |
| Takacs | Erika | Ilona | | 4331195 | 2005 | 3 |
| Takasaki | Jin | | | 4232054 | 2004 | 3 |
| Takemoto | Sawako | | | 4268009 | 2004 | 3 |
| Tamai | Yuko | | | 3932746 | 2001 | 3 |
| Tambolini | Walter | Patrick | | 2984631 | 1999 | 3 |
| Tanaka | Takashi | | | 3976255 | 2001 | 3 |
| Tang | Robert | Ching | | 2052991 | 1986 | 3 |
| Tang | Yue | | | 4059606 | 2002 | 3 |
| Tani | Naoya | | | 4379301 | 2006 | 3 |
| Tanis | Paul | Jeffrey | | 2727683 | 1996 | 3 |
| Taradash | Kathleen | Mary | | 4226023 | 2004 | 3 |
| Taylor | Ian | Hastings | | 2906188 | 1998 | 3 |
| Taylor | Victoria | Alice Louise | | 4519120 | 2007 | 3 |
| Teferi | Yordanos | | | 4531661 | 2007 | 3 |
| Telfer | Helen | Passefield | | 4116216 | 2003 | 3 |
| Telsey | Albert | Ives | | 2566461 | 1993 | 3 |
| Temps | Jonathan | Vincent | | 3997475 | 2001 | 3 |
| Tene | Aviv | | | 4001772 | 2001 | 3 |
| Terrien | Vivien | Robert | | 4478426 | 2007 | 3 |
| Teslow | Hollie | Marie | | 3933785 | 2001 | 3 |
| Thomas | Deirdre | C. | | 2568319 | 1993 | 3 |
| Thompson | David | Patrick | | 2883056 | 1998 | 3 |
| Thompson | Lisa | Chadwick | | 2682615 | 1995 | 3 |
| Thompson-Adams | Michelle | Ann | | 3897063 | 2000 | 3 |
| Thomson | Andrew | Peter | | 4107041 | 2003 | 3 |
| Tiffany | Susan | Lynn | | 2566628 | 1993 | 3 |
| Timmons | Heather | Sherae | | 4314423 | 2005 | 3 |
| Timourian | Mara | Rita | | 4431326 | 2006 | 3 |
| Timpanelli | Chris | A. | | 2043842 | 1986 | 3 |
| Tobias | Frank | Alex | | 2597326 | 1994 | 3 |
| Tobin | Sheila | Jean | | 4224176 | 2004 | 3 |
| Tolman | Matthew | Alvin | | 4224952 | 2004 | 3 |
| Tomic | Gracia | | | 4350666 | 2005 | 3 |
| Tonat | Valerie | | | 1779362 | 1982 | 3 |
| Toner | Roger | L. | | 1828912 | 1982 | 3 |
| Tong | Karen | Ka Yan | | 4382917 | 2006 | 3 |
| Topol | Rebecca | Beth | | 2704971 | 1995 | 3 |
| Torres | Nathalie | | | 2947992 | 1999 | 3 |

| LAST NAME | FIRST NAME | MIDDLE NAME | SUF | REG ID | YR ADM | DEPT |
|---|---|---|---|---|---|---|
| Toscano | Vicki | | | 3018348 | 2000 | 4 |
| Troell | Jessica | Jagemann | | 4553525 | 2007 | 3 |
| Tsai | Chao | An | | 3958519 | 2001 | 3 |
| Tsai | Ing Wen | | | 2121911 | 1987 | 3 |
| Tsai | Te-Yang | | | 4217691 | 2004 | 3 |
| Tsao | Amy | Hui-Shu | | 2561488 | 1993 | 3 |
| Tsekoura | Talita | Maria | | 2998235 | 2000 | 3 |
| Tseng | Yi-Min | | | 4533469 | 2007 | 3 |
| Tso | Joseph | | | 1615525 | 1979 | 3 |
| Tung | Wen-Hsun | | | 3047271 | 2000 | 3 |
| Turk | Catharine | | | 1000298 | 1951 | 3 |
| Turk | Cynthia | Joan | | 2540201 | 1993 | 3 |
| Turner | Malcolm | K. | | 4122982 | 2003 | 3 |
| Turner | Stephen | Miller | | 1819853 | 1982 | 3 |
| Tzhori | Michal | | | 4134235 | 2003 | 3 |
| Ubogu | Stephanie | Oke | | 4120895 | 2003 | 3 |
| Ulin | Jeffrey | Brenden | | 2778249 | 1996 | 3 |
| Unsal | Burcak | | | 4436770 | 2006 | 3 |
| Urano | Hiroko | | | 4472932 | 2007 | 3 |
| Urban | Suzanna | | | 2921336 | 1998 | 3 |
| Usandizaga | Pablo | | | 2369767 | 1990 | 3 |
| Uscilla | Paula-Marie | | | 4115465 | 2003 | 3 |
| Usude | Ejaita | Ann | | 4281341 | 2004 | 3 |
| Utsumi | Kenji | | | 3042421 | 2000 | 3 |
| Van Hees | Joost | Pieter | | 4411849 | 2006 | 3 |
| Vance | Laura | Ann | | 4543641 | 2007 | 3 |
| Vanetik | Yigal | | | 4023461 | 2002 | 3 |
| Vasquez | Jimena | Sylvia | | 4075776 | 2002 | 3 |
| Vazquez | Azzmeiah | R. | | 2463859 | 1992 | 3 |
| Vazquez | Steven | Louis | | 4445938 | 2006 | 3 |
| Vella | Vittorio | | | 4535332 | 2007 | 3 |
| Velshi | Alykhan | | | 4501904 | 2007 | 3 |
| Venskus | Caitlyn | Anne | | 4201364 | 2004 | 3 |
| Vera Cruz | Luis | Alfonso | Jr. | 2256600 | 1987 | 3 |
| Veres | Patricia | Lynn | | 2910198 | 1998 | 3 |
| Verhagen | Helena | Helga Johanna | | 4128401 | 2003 | 3 |
| Verheyden | Alexandre | Georges | | 2703817 | 1995 | 3 |
| Verner | Kimberly | Ann Strauchon | | 3027646 | 2000 | 3 |
| Vianna De Assis | Paula | Sheehan Barboza | | 2347524 | 1990 | 3 |
| Vinhal | Anthony | James | | 4157293 | 2003 | 3 |
| Vlahos | Joanne | Maria | | 4268025 | 2004 | 3 |
| Von Buttlar | Julia | Caroline | | 4084596 | 2002 | 3 |
| Vosniakou | Ekaterini | | | 2617355 | 1994 | 3 |
| Vroom | Egbert | Eppo Udo | | 2990091 | 1999 | 3 |

| LAST NAME | FIRST NAME | MIDDLE NAME | SUF | REG ID | YR ADM | DEPT |
|---|---|---|---|---|---|---|
| Wade | Kevin | Martin | | 2750412 | 1996 | 3 |
| Wagar | Dorothy | Bowers | | 1538446 | 1973 | 3 |
| Waghorn | Andrew | John | | 3047883 | 2000 | 3 |
| Wakabayashi | Motonobu | | | 4230694 | 2004 | 3 |
| Waldron | Christopher | Gayle | | 2995660 | 1999 | 3 |
| Walker | David | Alexander | | 2359800 | 1990 | 3 |
| Wall | Carolyn | Barbre | | 2320158 | 1990 | 3 |
| Walsh | Adam | Werneth | | 2869956 | 1998 | 3 |
| Walsh | James | Francis | | 2530996 | 1993 | 3 |
| Walsh | James | T. | | 1909456 | 1984 | 3 |
| Walsh | Robert | E. | | 1529601 | 1955 | 3 |
| Walters | Lowell | Jay | | 2823086 | 1997 | 3 |
| Walzer | Brett | Christian | | 4214698 | 2004 | 3 |
| Wang | Hui-Ju | | | 4334728 | 2005 | 3 |
| Wang | Jen-Chun | | | 4177978 | 2003 | 3 |
| Wang | Jiabin | | | 3930625 | 2001 | 3 |
| Wang | Liwei | | | 2771467 | 1996 | 3 |
| Wang | Mei-Ling | | | 4539904 | 2007 | 3 |
| Wang | Ran | | | 4171781 | 2003 | 3 |
| Warcholak | Adam | Todd | | 4000881 | 2001 | 3 |
| Ward | Martin | Christopher Carlton | | 4311452 | 2005 | 3 |
| Wardell | Charles | Leroy | | 2793065 | 1997 | 3 |
| Warner | Matthew | John | | 4143327 | 2003 | 3 |
| Warner | Tugbaty | Negbalee | | 4135364 | 2003 | 3 |
| Waters | Timothy | William | | 4073391 | 2002 | 3 |
| Watine | Marine | | | 4309928 | 2005 | 3 |
| Watson | Michael | Townes | | 4263109 | 2004 | 3 |
| Weaver | Christopher | Lamont | | 4436200 | 2006 | 3 |
| Weeks | George | Henry | | 3047131 | 2000 | 3 |
| Weg | Stuart | Martin | | 4446779 | 2006 | 3 |
| Wei | Yingling | | | 4455267 | 2006 | 3 |
| Weinstein | David | Charles | | 2843332 | 1997 | 3 |
| Weisert | Thomas | Charles | | 4075479 | 2002 | 3 |
| Weiss | Andrew | Louis | | 2458222 | 1992 | 3 |
| Weiss | Jennifer | Fisher | | 2981207 | 2000 | 3 |
| Weiss | Tova | | | 3906252 | 2000 | 3 |
| Weissman | Carol | Ann | | 2019917 | 1985 | 3 |
| Weller | Cheryl | J. | | 2071314 | 1986 | 3 |
| West | Richard | Arthur | | 2402667 | 1991 | 3 |
| White | Andrew | Steven | | 2325942 | 1990 | 3 |
| Whitehead | Priscilla | Anne | | 2154045 | 1987 | 3 |
| Wight | Douglas | Richard | | 4515847 | 2007 | 3 |
| Wilburn | Nadine | Chandler | | 2474039 | 1992 | 3 |
| Wiley | Jason | Robert | | 3035433 | 2000 | 3 |

| LAST NAME | FIRST NAME | MIDDLE NAME | SUF | REG ID | YR ADM | DEPT |
|-----------|-----------|-------------|-----|--------|--------|------|
| Wiley | Stacey | A. | | 3971843 | 2001 | 4 |
| Williams | Allison | Claudine | | 4225579 | 2004 | 3 |
| Williams | Daniel | John | | 4202875 | 2004 | 3 |
| Williams | Le Roi | Emerson | | 4036463 | 2002 | 3 |
| Williams | Lori | Anne | | 4242848 | 2004 | 3 |
| Williams | Lorri | L. | | 4165262 | 2003 | 3 |
| Williams | Nicola | Faith | | 4158192 | 2003 | 3 |
| Williams | R. | Warner | | 2117745 | 1987 | 3 |
| Willock | Cassandra | Ann | | 4065231 | 2002 | 3 |
| Wilson | Nancy | Bondshu | | 2904449 | 1998 | 3 |
| Wilson | Robert | Geoffrey | | 2707636 | 1995 | 3 |
| Wise | Licia | Elaine | | 3063567 | 2000 | 3 |
| Witham | Jeanmarie | | | 2430098 | 1991 | 3 |
| Wittig | William | Peter | | 4116893 | 2003 | 3 |
| Wittstein | James | Richard | | 2711174 | 1995 | 3 |
| Wolf | Nathan | Paul | | 2613263 | 1994 | 3 |
| Wong | Michelle | See-Yuen | | 4065652 | 2002 | 3 |
| Wood | Chauncy | Brainerd | | 2655595 | 1995 | 3 |
| Wood | Katie | Laura | | 4246369 | 2004 | 3 |
| Wood | Lloyd | Eldridge | III | 4027033 | 2002 | 3 |
| Woods | J. | David | | 2185148 | 1988 | 3 |
| Woodson | Kevin | Michael | | 4256186 | 2004 | 3 |
| Woodward | Mark | Jeffrey | | 4024949 | 2002 | 3 |
| Wray | Antonia | Clare | | 2905792 | 1998 | 3 |
| Wright | La Juan | Amergene | | 4123709 | 2003 | 3 |
| Wrist | Christopher | Philip | | 2339919 | 1990 | 3 |
| Wu | Jimmy | Ting Lok | | 2219863 | 1988 | 3 |
| Xifo | Louise | Elizabeth | | 2318988 | 1990 | 3 |
| Xu | Yan | | | 4082590 | 2002 | 3 |
| Yacono | Judith | Anne | | 2009157 | 1985 | 3 |
| Yahn | Shane | Victoria | | 4206074 | 2004 | 3 |
| Yalim | Hasan | Tuvan | | 4347399 | 2005 | 3 |
| Yamashita | Yoshihiro | | | 4292421 | 2005 | 3 |
| Yang | Heungsu | Namsung | | 4161220 | 2003 | 3 |
| Yang | Zhao | | | 4330890 | 2005 | 3 |
| Yannello | Judith | Ann | | 1122555 | 1967 | 3 |
| Yao | Clark | | | 4492666 | 2007 | 3 |
| Yara | Renuka | | | 4211207 | 2004 | 3 |
| Yee | Wencheng | Evan | | 4071080 | 2002 | 3 |
| Yeo | Siok | Kiang Fiona | | 4164802 | 2003 | 3 |
| Yesalonis | Brian | Eugene | | 2766152 | 1996 | 3 |
| Yin | Erick | Chao | | 4323952 | 2005 | 3 |
| Yoo | Tae-Sung | | | 4090858 | 2002 | 3 |
| Yoon | Ji Huyn | | | 4436085 | 2007 | 3 |
| Yoon | Woo-Il | | | 4345583 | 2006 | 3 |

| LAST NAME | FIRST NAME | MIDDLE NAME | SUF | REG ID | YR ADM | DEPT |
|---|---|---|---|---|---|---|
| Yoon | Yoon Soo | | | 4151023 | 2003 | 3 |
| Yospin | Harry | Allen | | 2504298 | 1992 | 3 |
| Youngerman | Arne | Jordan | | 1438811 | 1978 | 3 |
| Yu | Jeongsik | | | 3891777 | 2000 | 3 |
| Yun | Goang-Gyun | | | 2650232 | 1995 | 3 |
| Zajac | Jonathan | Michael | | 2765121 | 1996 | 3 |
| Zaloom | Edgar | Anthony | | 1891514 | 1983 | 3 |
| Zeevi | Sarit | | | 2436756 | 1991 | 3 |
| Zeng | Wenhui | | | 3927761 | 2001 | 3 |
| Zeng | Ying | | | 2783561 | 1997 | 3 |
| Zerdan | Silvia | Ines | | 3063575 | 2000 | 3 |
| Zhang | Xingxiang | | | 4410098 | 2006 | 3 |
| Zheng | Fang | | | 4380978 | 2006 | 3 |
| Zhou | Daqing | | | 4060448 | 2002 | 3 |
| Zhu | Hong | | | 4055166 | 2002 | 3 |
| Zhu | Jin | | | 4324125 | 2005 | 3 |
| Zhu | Yun | | | 4469243 | 2007 | 3 |
| Zidkiahu | Adi | | | 4278529 | 2005 | 3 |
| Zilin | Sadye | J. | | 1223924 | 1947 | 3 |
| Zohn | Patricia | Ann | | 4043642 | 2002 | 3 |
| Zoroglu | Cicek | | | 2693307 | 1995 | 3 |
| Zuckerman | Terry | Richard | | 3985801 | 2001 | 3 |
| Zulian | Marc | | | 4256863 | 2004 | 3 |
| Zwillman | Evan | W. | | 1903509 | 1984 | 3 |